| # | ITEMS | BUDGET | PRIOR APPROVED | COMP % | RELEASED | REQUESTED | APPROVED | NEW COMP % | BALANCE |
|---|-------|--------|----------------|--------|----------|-----------|----------|------------|---------|
| 16 | **Kitchen - Backsplash** | $2,850 | $2,850 | 100% | $2,850 | $0 | $0 | 100% | $0 |
| 17 | **Flooring - Carpet** | $4,500 | $4,500 | 100% | $4,500 | $0 | $0 | 100% | $0 |
| 18 | **Flooring - Laminate** | $6,750 | $5,000 | 74% | $5,000 | $0 | $0 | 74% | $1,750 |
| 19 | **Appliances** | $3,600 | $0 | 0% | $0 | $3,274 | $3,274 | 91% | $326 |

Install new dishwasher, stove, and microwave
**Inspector's notes:**
EPM - Microwave missing

Exhibit. A.16

**Front of House Exterior Photo**



**Whole House Interior Walk Through**









Exhibit. A. 17

more videos and photos at https://app.sitewire.co/draws/6283

 

Contingency

Any videos or documents gathered are available in the portal

**Landscaping**

 

Exhibit. A.18

more videos and photos at https://app.sitewire.co/draws/6283



**Painting – Exterior**



Exhibit. A.19



**Countertops**






Exhibit. A.20

## Appliances






Exhibit. A. 21

## Authorization for Entry and To Take Possession of Premises

**RE:**     **Heartland Homes Realty LLC, a Georgia limited liability company**
         **120 Billy Lane, GA  30107**

We, the undersigned, Heartland Homes Realty LLC, a Georgia limited liability company, do hereby state and declare that we have vacated the property commonly known as 120 Billy Lane, Ball Ground, GA, 30107 (the "Property"). We have executed and delivered a certain Deed in Lieu of Foreclosure to our lender, intending to convey title of subject Property. Our lender, SkyBeam Capital REIT LLC, and its servicing agent, SkyBeam Capital, LLC, and/or any other duly appointed representatives or assigns of these entities are hereby and affirmatively authorized to enter and take possession of said premises. Furthermore, though we believe the property to be completely vacant, with no personalty or other personal belongings remaining thereon, should our lender find such personal items on the premises, it is authorized to dispose of such items as it deems fit.

This  10  day of  May  2024.

                         Heartland Homes Realty LLC
                         a Georgia limited liability company,

                         Name: Jimmy Sharod Tate
                         Title: Managing Officer

Exhibit. A.22

Return to: Dene S. Perusse
**Richard B. Maner, P.C.**
180 Interstate North Parkway
Suite 200
Atlanta, GA 30339

Parcel ID: #94N02083

State of Georgia
County of Cherokee

NOTE TO CLERK: Cross reference to
Deed Book 14896, Page 268,
Cherokee County, Georgia records.

File #FC24-018 / Heartland

## DEED IN LIEU OF FORECLOSURE
### With Non-Merger of Title

THIS INDENTURE, made this 10 day of May, 2024, between **Heartland Homes Realty LLC, a Georgia limited liability company** (collectively referred to as the "Borrower"), and **SkyBeam Capital REIT LLC** (the "Lender"):

For and in consideration of the sum of Ten ($10.00) Dollars and other good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, Borrower has bargained, sold and do by these presents bargain, sell, remise, release and forever quitclaim to Lender, its successors and assigns, all of Borrower's right, title, interest, claim or demand in and to the property described on Exhibit "A" incorporated herein and made a part hereof together with all the rights, members and appurtenances thereto or in anywise appertaining or belonging to the property described on Exhibit "A" incorporated herein and made a part hereof (the "Property").

This conveyance by Borrower is made in lieu of the foreclosure by Lender of that certain Security Deed and Security Agreement from Heartland Homes Realty LLC, a Georgia limited liability company to SkyBeam Capital REIT LLC, dated August 18, 2023, in the original principal amount of $316,500.00, as recorded in Deed Book 14896, Page 268, Cherokee County, Georgia, records.

This deed is given and accepted in satisfaction of the indebtedness secured by aforementioned Security Deed.

Said Security Deed shall remain in full force and effect and there shall be no merger of the fee interest obtained by Purchaser pursuant to this Deed with or into Lender's interest in the Property.

TO HAVE AND TO HOLD the Property unto Lender, its successors and assigns, so that neither Borrower nor his or her successors and assigns, nor any other person or persons claiming under Borrower shall at anytime claim or demand any right, title or interest to the Property.

Exhibit. A.23

IN WITNESS WHEREOF, Borrower has hereunto set his or her hand and seal the day and year first above written.

Signed, sealed and delivered
on the _10_ day of _May_ , 2024
In the presence of:

_____
Unofficial Witness, MARIANNE RUMBAWA

_____
Notary Public      Grayson Harrop II
My commission expires:   JUN 0 2 2025

Notary acknowledgement
attached as next page

**Heartland Homes Realty LLC,**
**a Georgia limited liability company,**

_____ (SEAL)
Name: Valecya Tate
Title: member

_____ (SEAL)
Name: Jimmy-Sharod Tate
Title: Managing Officer

Exhibit. A.24

## Acknowledgement Addendum

State of Hawaii        )
City and County     ) s.s.
Of Honolulu            )

On __MAY 1 0 2024__ before me personally appeared _Julecya Tate and Jimmy-Sharod Tate_
and _Marianne Rumbaoa, witness_, to me known to be the person (or
persons) described in and who executed this _4_ page (including this page) instrument titled
_Deed In Lieu of Foreclosure_ that is dated __MAY 1 0 2024__ in the first
circuit of the State of Hawaii and acknowledged that said person(s) executed the same as said person(s)
free act and deed.

Witness my hand and seal.

Grayson Harrop II
My Commission Expires June 2, 2025

Exhibit. A.25

Heartland Homes Realty LLC, a Georgia limited liability company
120 Billy Lane, Ball Ground, Cherokee County, GA 30107

## Exhibit "A" - Legal Description
(Tax Assessor's Map & Parcel No. 94N02083)

All that tract or parcel of land lying and being in Land Lot 8 of the 3rd District, 2nd Section of Cherokee County, Georgia, being Lot 2, Wildwood Subdivision Addition to City of Ball Ground, as per plat recorded in plat Book 10, Page 150, Cherokee County, Georgia records, which plat is incorporated herein and made a part hereof by this reference.

Exhibit. A.26

# *Richard B. Maner, P.C.*

ATTORNEYS AT LAW

*Richard B. Maner**

_____

*Dene S. Perusse*

*\*Also admitted to Tennessee Bar*

180 Interstate North Parkway,
Suite 200
Atlanta, GA  30339

Telephone:  404.252.6385
Fax:  404.252.6394
www.rbmlegal.com

April 5, 2024

Heartland Homes Realty LLC
120 Billy Lane
Ball Ground, GA  30107

RE:   **Servicing Agent:**     **SkyBeam Capital, LLC**
      **Loan #:**              **3066**
      **Borrower:**            **Heartland Homes Realty LLC, a Georgia limited liability company**
      **Property Address:**    **120 Billy Lane**
                               **Ball Ground, GA  30107**
      **Our File #:**          **FC24-018**

Dear Sir or Madam:

We have been requested by your lender to prepare the enclosed Deed in Lieu ("DIL") for your execution.

Please be advised that by executing this deed, you will be transferring title to subject property back to your lender and you will no longer own subject property. Also note, that in order for your lender to accept this DIL, the property must be vacant, tenant free and broom swept when delivering this deed. SkyBeam Capital, LLC will inspect the premises to verify the condition of the property. If the conditions are not satisfactory, the DIL will be void and it will not be recorded. If you need additional time to move out or to remove personal belongings, please contact SkyBeam Capital, LLC directly to make suitable arrangements.

In addition, please note that at this time, there are no title defects, liens or other issues that prohibit your lender from accepting this DIL. However, before the deed is recorded, a check down of the deed records will be conducted. If any new items should come up during that check, your lender reserves the right to refuse to accept the deed and it will be void and not recorded.

If you are in agreement with these terms and conditions, please sign the enclosed deed in the presence of both an unofficial witness **and** a notary public. Please have both your witness and notary sign in the appropriate spaces and have your notary affix his/her seal. Additionally, please remember that under Georgia title standards, **ALL** members of the company must sign this document, unless the operating agreement specifies a managing member or otherwise gives authority to a single member to bind the company. In any event, we will also need a copy of the current operating agreement and/or any other corporate resolutions which demonstrate who specifically has the authority to sign the DIL on behalf of the borrower entity. Signors on the document must match the documentation provided.

**Finally, return the fully executed DIL and a clear copy of any signors' driver's licenses or other government issued photo IDs**. Should you have any questions or concerns, please feel free to contact me at any time.

Sincerely yours,
**RICHARD B. MANER, P.C.**

Dene S. Perusse

Exhibit. A. 27

### Affidavit of Todd W. Price

I, the undersigned, do hereby certify and affirm that:

1. I am over the age of 18 and am not a party to this action. All forthcoming facts are based on my personal knowledge, which I would be willing to testify competently to if called as a witness at trial.

2. I am the Chief Technology Officer at Page Vault Inc., headquartered at 382 NE 191st Street, Suite 73062, Miami, Florida, 33179-3899. I have been so employed since March 2013.

3. Page Vault is a cloud-based service that enables Users to make captures of Web Content, including webpages, online media files such as videos, and online documents.

4. When capturing Web Content, a User provides URLs (Uniform Resource Locators) associated with the Web Content to be captured by the Page Vault Capturing Server (PVCS). This is accomplished either through the Page Vault Browser (PVB) interface or through the Page Vault Portal (PVP) interface.

5. When using the PVB interface, a User establishes a connection from their computer to the PVCS. This connection operates over an encrypted channel and allows the User to remotely control the Page Vault Browser (PVB) software that is installed on the PVCS.

6. The PVB is a proprietary browser that utilizes a Chromium browser engine. The PVB restricts the User from modifying the Web Content, accessing or modifying a webpage's source code, installing browser plugins, or otherwise altering the contents of the Web Content or the internet traffic between Web Servers (WS) and the PVCS.

7. As a User controls the PVB, the PVCS establishes an active web browsing session with various WS.

8. Remotely controlling the PVB, a User can direct the PVCS to create Captures of Web Content associated with a URL.

9. When using the PVP (Page Vault Portal) interface, a User establishes an authenticated session to the PVCS and provides a URL that is associated with Web Content to be collected.

Exhibit. A. 28

10. Through the PVP interface, the User directs the PVCS to initiate a secure connection to WS and create Captures of the Web Content associated with the provided URL.

11. Captures can include the way the Web Content for the specified URL appeared in the PVB interface along with associated metadata. Captures are digitally signed and hashed.

12. Page Vault securely stores Captures, which Users can access, review, and download.

13. Attached hereto are true and accurate copies of Captures of the PVCS.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Executed this* 26th *day of* October _____, 2024 *at* Evanston _____, Illinois _____.

Todd W. Price

Exhibit. A.29

Exhibit A.30

**🔒 Page Vault**

## Page Vault Export Readme

This document describes the contents of your export/ZIP file. The ZIP contains the following:
1. Folder(s) containing captures. Your content will consist of the following:
   - folder(s) with screenshot captures
   - folder(s) with video captures
   - folders(s) with document captures (downloaded in their original format)
2. load-file.dat to import data into eDiscovery tools, e.g. Relativity
3. Page Vault Capture Summary.csv to view data in Excel, Google Sheets, etc.
4. Page Vault Capture Summary.html to view data in a web browser and navigate the document archive.

The .dat, .csv and .html all contain the below fields:

| Field Name | Description |
|---|---|
| control_number | An identifier generated by Page Vault. |
| begattach | An identifier generated by Page Vault to establish a parent-child link between captures created in various formats stemming from the same original_capture_url |
| file_path | A relative file path to the capture. Used by the load-file.dat to determine the file to be loaded into a eDiscover tool, and by the .html file to make captures "clickable" so they may be opened directly when viewing that file in a web browser. |
| capture_url | The URL that the capture was created from. |
| original_capture_url | The URL that the capture_url was derived from. A common use case for this is social media captures, where the capture_url revealed videos to be downloaded from another URL. In that case, the capture_url would contain the URL of the downloaded video, and the original_capture_url would contain the URL of the social media post that contained the video. |
| filename | The name of the file when saved. This is most often a derived name based on the site being captured and the type of capture, but may be overridden by the user who created the capture for Page Vault Browser users. |
| document_title | The title of the document, if any, as reported by the site from which the capture was created. |
| capture_time | The exact date and time, in UTC, that the capture was recorded. |
| hash | A SHA256 hash of the capture file. |
| file_size | The size in bytes of the capture file on disk. |
| unique_id | An alternate identifier generated by Page Vault. |
| file_download_type | The MIME type of the captured file. |
| screenshot_server_ip | For "snapshot" item_type, the IP address of the server through which the capture was made. |

Exhibit.A.31

🔒 PageVault

| | |
|---|---|
| screenshot_load_time | The date and time, in UTC, that a webpage was loaded before a capture was created. |
| screenshot_page_length | For "snapshot" item_type, the number of PDF pages in the captured file. |
| file_uploaded_at | For "file_capture" item_type, some sites report a date and/or time that the file was uploaded. |
| file_description | For "file_capture" item_type, some sites report a description of the content. |
| post_datetime | For social media captures, an attempt is made to parse the datetime associated with a social media post, if the URL captured pertains to a single post. The dates and times are estimates only. |
| parent_est_post_datetime | For social media captures, in cases where there is a parent-child relationship between captures, this field provides the est_post_datetime of the parent content. |
| post_author | For social media posts (post_datetime), the author of the post. |
| post_reaction_count | For social media posts (post_datetime), a count of reactions to the post. |
| post_comment_count | For social media posts (post_datetime), a count of comments to the post. |

Exhibit. A.32



**Transcription**
*Transcription · Translation · Proofreading*

## CERTIFICATION OF AUTHENTICITY

Date: October 28, 2024

**Client:** Jaleceya Tate
**Audio File Transcribed by GMR Transcription Services, Inc.:**
**File Name:**
433296_Snippet Crystal Smith

To Whom It May Concern:

I, Beth Worthy, President at GMR Transcription, do hereby certify under the penalty of perjury, under the laws of the state of California, that:

The transcript provided by GMR Transcription Services, Inc. is a full, true, and correct transcription of the audio file mentioned above, having been transcribed and reviewed by GMR Transcription to the best of the company's ability. I further certify that neither I, nor the transcriptionist, have any personal association with the case; nor am I, nor the transcriptionist in any way interested in the outcome thereof.

Executed this 28th day of October, 2024.

Sincerely,

**Beth Worthy**
**President**
Email: Beth@gmrtranscription.com
Phone: (714) 202-9653

JENNIFER ELLIOTT
Notary Public
State of Washington
Commission # 203531
My Comm. Expires Nov 28, 2026

State of Washington
County of _Kitsap_
Signed and sworn to (or affirmed) before me on
10/28/24 by Beth Worthy
Jennifer Elliott
Notary Public

Exhibit. A.33

**433296_Snippet Crystal Smith**
**Crystal T. Smith, Jimmy Tate, Female Speaker**

| | |
|---|---|
| Crystal T. Smith: | And so, you know, during that time that that was happening was the time that all this stuff was coming out with P. Diddy and all this stuff was coming out with J, uh, T.D. Jakes. |
| Jimmy Tate: | Mm. |
| Crystal T. Smith: | And, um, Prophet Manasseh, I told her, I said, "You really need to go watch that – those interviews that he did because he talked about grooming, um, of young boys in the church and how the pastors of these – these are not boys that are gay. |
| Jimmy Tate: | Yep. |
| Crystal T. Smith: | Okay? These are boys that are straight. They're young men. They are like in the pivotal time of making decisions and changes and all these other things. |
| Jimmy Tate: | Mm-hmm. |
| Crystal T. Smith: | And it was interesting. I said it was – I said, "You did this." I said, "I – I – I'm assuming that that's God's precursor of what was about to happen with her and what she was about – you guys were about to release." And I said, I said, "Because what you said is not a lot." Even he talked about the grooming of young men in the church that were straight and how these pastors had them around. Like he make everybody all – you know how we were saying, "Everybody gotta have a position?" He made everybody an armor bearer or – |
| Crystal T. Smith: | Yep. |
| Crystal T. Smith: | – or a deacon or elder – |
| Jimmy Tate: | Yep. |
| Crystal T. Smith: | – or something because he had to give you something that validated your identity. Therefore, he would be able to control you because I gave it to you. And he dangled a carrot in front of those boys like, honestly, and my baby is in here. Charnisea is sitting right here with me. I thought I was gonna have to whoop one of them little boys' ass in the house that night. Am I lying, Charnise? |
| Female Speaker: | Yeah. |
| Crystal T. Smith: | His mind is so gone, Sharod |

Exhibit. A.34

433296_Snippet Crystal Smith
Crystal T. Smith, Jimmy Tate, Female Speaker

Jimmy Tate:        Hmm.

Crystal T. Smith:   And I'm like I wonder if he done – he done – he – well, I know he
                   groomed them. I don't worry about that. Because I told him, I says,
                   I said, "Sweetheart," I said, "You just collateral damage." He going
                   – he like, "No, no, no. I'm going to Chicago. I lost weight." He is –
                   six of them. He lost four of his brothers. And he going to Chicago
                   and all this other stuff. And I said, I said, "Sweet pea," I said, "I'm
                   sorry." I said, "I'm so sorry." I said, "I'm not gonna take away
                   from you what you done." He was like, "Man. So I can't go to
                   church? Man, I'm the security at the church." He gives them
                   identity.

Jimmy Tate:        Mm-hmm.

Crystal T. Smith:   And then something happens and you see after so long, they
                   become another Guffin. They become a PG.

Jimmy Tate:        Yep.

Crystal T. Smith:   And they go somewhere and kill theirself because they can't live
                   with what they – what they've experienced. You know?

Jimmy Tate:        Mm-hmm.

Crystal T. Smith:   And I'm gonna – I'm gonna take this a little bit farther with you
                   because I said PG thing. I got a call about two years ago. Was it
                   two, three years ago, Charnisea? One of them. It was his father. It
                   was his father. It was – it was about two years ago I'm thinking
                   now.

Jimmy Tate:        Yeah.

Crystal T. Smith:   It was, um, McCoy's father – McCoy senior.

Jimmy Tate:        Mm-hmm.

Crystal T. Smith:   And he called me and he said, he said, "Baby," he said, "I had a
                   dream." He said, "I had a dream." And he said, "You were in my
                   dream." And he said, um, he had a dream three times about it there
                   at night. And he said the third dream that he had, um, he went to
                   pick up his phone. And when he picked up the phone, it was a
                   notification of one of my inspirational videos that I put out. Not no

Exhibit. A.35

433296_Snippet Crystal Smith
Crystal T. Smith, Jimmy Tate, Female Speaker

| | |
|---|---|
| | inspirational vitamin stuff. I don't even put – I just – I just say whatever. You go on my TikTok, go on my Instagram, you'll see what I'm saying. There's not even regular. It's when God put it on my heart, I say something. |
| Jimmy Tate: | Yeah. |
| Crystal T. Smith: | And he said that the notification was there. He opens it up and my face was on his phone. And he was like, "I gotta call her." Now he called me at like 5:20 something that morning, but I didn't pick up. Um, I didn't pick up because he was calling me on Facebook, the Facebook app, anyway. So, you know, I didn't pick up or have no conversation with him. But then the next day, I had saw it. So, I called him back later on in the afternoon when I was finished with work. I was like, "Hey, pops. What's going on?" You know? Still thinking – now, at this time, I been – it's, you know, it's been put out in the church like **[baby cries]** not a part of the church. |
| Jimmy Tate: | Mm-hmm. |
| Crystal T. Smith: | Um, past the point, uh, ran my name through the dirt saying he didn't – he didn't – he didn't, um, he didn't make me a pastor. He didn't – he didn't – and you were there. You saw – he ordained me as a pastor. |
| Jimmy Tate: | Right. |
| Crystal T. Smith: | But he said he did not – he didn't ordain me as a pastor and he don't know where I'm getting all that from and all this other stuff. Right? But I – I had the license and all that stuff. But anyway, he goes, um, he sits there and he goes, um, "Listen to me." Hold on. Hold on, Sharod. What do you need? **[Baby cries]** |
| Female Speaker: | **[Inaudible] [00:03:38]** |
| Crystal T. Smith: | Huh? |
| Female Speaker: | I don't need anything. You know where his pacifier and stuff is? |
| Crystal T. Smith: | Does he – you ain't got no more milk? |
| Female Speaker: | Um, I just put it right – away. |
| Crystal T. Smith: | But you got that milk right there. Just give him that milk. I put it in his bottle 'cause he – he – he wants some milk. That's what he |

Exhibit. A.36

**433296_Snippet Crystal Smith**
**Crystal T. Smith, Jimmy Tate, Female Speaker**

---

|  |  |
|---|---|
|  | want. Excuse me, mom. **[Baby cries]** So, um, Charnise has just had a baby a few days ago, so, we got a newborn here. |
| Jimmy Tate: | Oh, congratulations. Congratulations. |
| Crystal T. Smith: | Uh, Sharod said, "Congratulations, **[audio cuts out] [00:04:00]**. She said thank you. |
| Jimmy Tate: | Yeah, you, too. |
| Crystal T. Smith: | But, um. |
| Female Speaker: | Congratulations to you. |
| Crystal T. Smith: | Um this – this – what you say, Sharod? |
| Jimmy Tate: | I said, "You, too." |
| Crystal T. Smith: | Oh, yeah, thank you. |
| Jimmy Tate: | **[Laughs]** |
| Crystal T. Smith: | Babies, you know, I'm – don't get – my grandbaby here, you know. |
| Jimmy Tate: | Yeah. Mm-hmm. |
| Crystal T. Smith: | But, um, he had put, um, thank you, baby. He had put, um, he had basically like tried to exit, you know, make me feel like I was wrong for having being – what's-the-name in the church or whatever. |
| Jimmy Tate: | Mm-hmm. |
| Crystal T. Smith: | But his father called me. This was after PG's death. His father called me. And he said, he said, "Baby." He said, he said, "I can't sleep. God won't let me sleep with this." I said, "Oh." I said, "What's wrong, pops?" You know, I'm thinking something else. He said, "You were – you were done wrong." He said, "I am so sorry that you went through what you went through at my son's church." He said, "My son," he said, "I love him." He said, "But you know, my nephew died." And he said, "It wasn't right that my nephew died." And he said, "And I told him." He said, "I was there." Here. **[Baby babbling]** He said he told him – he said he |

Exhibit. A.37

433296_Snippet Crystal Smith
Crystal T. Smith, Jimmy Tate, Female Speaker

told him that when he was there, he, uh, he said he told him for three days to go get with PG to have a conversation with PG. He said for three days, he wouldn't go do it. He wouldn't – he wouldn't go. He said on the second day, he told him. He said, "McCoy," when McCoy was like he wasn't gonna go see him. He wasn't gonna go waste his time. He's just a waste of time trying to help him out and this other stuff.

Jimmy Tate: Mm-hmm.

Crystal T. Smith: And he said, "On the third day," he said, "he was trying to get into contact with him but couldn't get in contact with him." And he said, "I don't know." He said, "I just – I just couldn't sleep. I just kept calling him and calling him and calling him." And I said, "Have you heard from him?" And he said, "Calvin said no. He ain't heard from him." And Calvin kept saying that he ain't gonna go help him. He said, "When I found out that boy killed hisself," he said, "I darn near had a heart attack myself, baby." And he told me about it. He said he didn't know what was – this is his father.

Jimmy Tate: Mm-hmm.

Crystal T. Smith: I am a witness. I got the damn call log so you can see it. But he – he – he apologized to me for how I had been treated in the ministry.

Jimmy Tate: Mm-hmm.

Crystal T. Smith: And he said, "My – I don't know what's wrong with my son." He said, "But you too real." He said, "You – you say what's on your mind." He said, "And for you," he said, "some people it's a bad thing. It's not a bad thing for you because you're real." He said, "You're really decent. You're were really process from God and you really say what has given you or what God is telling you." And that's why I don't – I don't try and lie. You know what I'm saying?

Jimmy Tate: Mm-hmm.

Crystal T. Smith: I don't wanna bow in and put nothing in that God ain't said 'cause sometimes, the stuff happen with McCoy. He try and come back and bring it back. "But God gonna bless if you do this. You know, give to the church. Put in the church." But listen, if I'm not real right now, and I'm like this from my – our pastor when I was a child. She said that the Scripture say, "Don't give that which is holy unto the dog." And if God has already provided for you, why

Exhibit. A. 38

433296_Snippet Crystal Smith
Crystal T. Smith, Jimmy Tate, Female Speaker

|  |  |
|---|---|
| | would I go and take my fool's stamps and put it back in the church to give to you. You understand what I'm saying? |
| Jimmy Tate: | Mm-hmm. |
| Crystal T. Smith: | I'm – I'm – I already poor in poverty. Why would I take…Like I told KB. I said, and I said, "If I'm out," and I said, "I know – I know of times that Richita and KB didn't have a whole – they had rent money. And they were going to church and they would listen. And he would – he would basically say whatever you got, give. I give my all." That nigger wasn't giving his all. But I give my all to everything. They gonna put their rent money in church and then then got – they – they ain't got no rent money. |
| Jimmy Tate: | Right. |
| Crystal T. Smith: | Do you understand what I'm saying? |
| Jimmy Tate: | Yep. |
| Crystal T. Smith: | When that timing, when he got it, their damn furniture or something, they got their house that they're in now. And then they went and got the furniture and they have enough. |
| Jimmy Tate: | Mm-hmm. |
| Crystal T. Smith: | I was blessed. We walked in there and they said, "Furniture was zero down." Well, that was a promotion they was giving to everybody that was in the hood because they had just opened the Big Lots. |
| Jimmy Tate: | Mm-hmm. |
| Crystal T. Smith: | Because they had just started that program. They needed to get as many participants in there as possible. |
| Jimmy Tate: | Yeah. |
| Crystal T. Smith: | You get what I'm saying? |
| Jimmy Tate: | Mm-hmm. |
| Crystal T. Smith: | So, some things are need this – this intentional, prophetic thing that he says that he puts out there to make him look like, "I said it." |

Exhibit. A. 39

**433296_Snippet Crystal Smith**
**Crystal T. Smith, Jimmy Tate, Female Speaker**

| | |
|---|---|
| Jimmy Tate: | No. |
| Crystal T. Smith: | "I said it." And then he ain't said nothing. |
| Jimmy Tate: | Yeah. |
| Crystal T. Smith: | You know what I'm saying? |
| Jimmy Tate: | Yep. |
| Crystal T. Smith: | Like you didn't say what they was already gonna do anyway. |
| Female Speaker: | I heard something, "You gotta get that girl?" |
| Crystal T. Smith: | No. so, you ain't saying nothing. So, you sitting there. You just proud for lying. You know? And then Garnie starts to pick up and so pastor Donnis has got there. But I – I do see it with Jaleceya. And I love pastor Donnis. But I do see it with Jaleceya when she said like she has to know something is going on. |
| Jimmy Tate: | She knows. |
| Crystal T. Smith: | Because there was no defense for my brokenness. |
| Jimmy Tate: | She knows. |
| Crystal T. Smith: | There was no defense for my heartache. |
| Jimmy Tate: | Yeah, she came after you, too. I remember. She came after you, too, at that table. |
| Crystal T. Smith: | Yeah, see, that's what I'm saying. |
| Jimmy Tate: | Yeah. |
| Crystal T. Smith: | I didn't get – I didn't even get no nothing. |
| Jimmy Tate: | Yeah. |
| Crystal T. Smith: | You know what I'm saying? Like I – I'm sitting here trying to say, "Hey, listen. That's not right. That's not difficult." |
| Jimmy Tate: | Mm-hmm. |

Exhibit. A. 40

433296_Snippet Crystal Smith
Crystal T. Smith, Jimmy Tate, Female Speaker

---

Crystal T. Smith: But we should not be doing it. That's in order of God. And – but he's sitting there saying she – and she taking up for him. Like I experienced that up until the point where I said, "I love you." And that's to her. "I love you, but I cannot stand under this." You know what I'm saying?

Jimmy Tate: Mm-hmm.

Crystal T. Smith: I can't be in here under this. And I got – I – I talked – I'm telling you. It messes up. We think about identity when we talk about sexual stuff. But it messes up your identity and to be honest with you, won't be up to him because it messes up your relationship with God. Every boy that he has confused, every many that he has brought in there under false pretenses, and all the – on the pretenses of – of his gay lust and whatever the case may be.

Jimmy Tate: Yeah.

Crystal T. Smith: He is gonna have to pay for that.

Jimmy Tate: Oh, you know it.

Crystal T. Smith: You understand what I'm saying?

Jimmy Tate: You know it.

Crystal T. Smith: He gonna have to pay for it. Like also, Donnis, because she married him. She's selecting him, to marry him. And, you know, they – they talk about how successful their marriage is or whatever. And I have nothing to do with it. I can't say. You know what I'm saying? I can't say 'cause my definition of marriage may not be the definition of marriage that they have.

Jimmy Tate: Right.

Crystal T. Smith: Let's be truthful.

Jimmy Tate: I know.

Crystal T. Smith: Okay?

Jimmy Tate: Yeah. You knew it. Come on, now.

Exhibit. A.41

**433296_Snippet Crystal Smith**
**Crystal T. Smith, Jimmy Tate, Female Speaker**

---

| | |
|---|---|
| Crystal T. Smith: | But yeah. |
| Jimmy Tate: | Yeah. |
| Crystal T. Smith: | But – but I'll say this right here. The stuff that I have seen like with the – even with – with Pastor Davies. Like I told Dre, I had to remind him. "You just let – you can lie to everybody else. But sir, you cannot lie to me 'cause I was there." |
| Jimmy Tate: | Mm-hmm. |
| Crystal T. Smith: | When him and Pastor McCoy was gonna fight outside in front of the church, Dre and Pastor McCoy are back here and Pastor Davies in there or bringing – him bringing – I'm gonna stop calling him Pastor. I call him Henry. |
| Jimmy Tate: | Mm-hmm. |
| Crystal T. Smith: | And tell him I – I don't care. |
| Jimmy Tate: | Do you know why? |
| Crystal T. Smith: | 'Cause they're not real pastors. |
| Jimmy Tate: | Yeah, you know why. Come on. |
| Crystal T. Smith: | But you come – that was his lust. It was – he looked. |
| Jimmy Tate: | Yep. |
| Crystal T. Smith: | You know what I'm saying? |
| Jimmy Tate: | Yep. |
| Crystal T. Smith: | And it – it was his total lust after him. |
| Jimmy Tate: | Yep. |
| Crystal T. Smith: | That's what I wanna go and do for White. That boy ain't did nothing since their ass been there. Every time he was jumping up 'cause all it was all, "I did this or – and I owe money." Okay. So, what? 'Cause I was in that – I didn't have fool steps. I was in that buy shit with my own money, too, with – as a single mom with four damn kids. |

---

Exhibit. A.42

**433296_Snippet Crystal Smith**
**Crystal T. Smith, Jimmy Tate, Female Speaker**

| | |
|---|---|
| Jimmy Tate: | Right. |
| Crystal T. Smith: | But I did it. You understand what I'm saying? Like you can't – you can't – like I told Dray, we can't – we gotta stop this. If the only way – when you have a sore or you have a illness – |
| Jimmy Tate: | Mm-hmm. |
| Crystal T. Smith: | – and you got a brain – you got – you gotta expose it. You understand what I mean? So, like the scar can heal – it can go scarred. |
| Jimmy Tate: | Yep. |
| Crystal T. Smith: | But you gotta expose of it this mess out. Now do – can he recover from it? Let me tell you something. God – |
| Jimmy Tate: | Can who recover from what? |
| Crystal T. Smith: | You and I know. We – we have a relationship with God. |
| Jimmy Tate: | Can who recover from what? |
| Crystal T. Smith: | Mister McCoy. Can he recover his relationship with God is what I'm saying. |
| Jimmy Tate: | Oh. |
| Crystal T. Smith: | Yeah. |
| Jimmy Tate: | Oh, okay. Okay. |
| Crystal T. Smith: | He can. He can go back to God and get hisself right, if he want to. But he gotta go do it for real. |
| Jimmy Tate: | Yeah, in jail. |
| Crystal T. Smith: | You can't go in there – |
| Jimmy Tate: | Right. |
| Crystal T. Smith: | – and try to help this. I – I went by the church intentionally. Do you understand me? You understand what I'm saying? |
| Jimmy Tate: | Yeah, yeah, and he can end up in prison and get it right? |

Exhibit. A. 43

433296_Snippet Crystal Smith
Crystal T. Smith, Jimmy Tate, Female Speaker

---

Crystal T. Smith:    Yeah, he – and listen. If that's what he gotta do 'cause I saw him – I saw. Jaleceya sent me, um, PPP laws.

Jimmy Tate:    Mm-hmm.

Crystal T. Smith:    Listen. That's why – that's why I said, that's why said. That's why they – they now trying to sit down. Everybody like, "Oh, okay." 'Cause he said, and I'm gonna tell you, and we witnessed this, didn't we Charnisea?

Female Speaker:    Yeah.

Jimmy Tate:    Uh, we witnessed this right here, didn't we? Just say not – what else can I say? This ain't no lie. Charnisea's standing right here. She – I took her over there with me when I went 'cause I don't go into the lion's den by myself. You hear me?

Crystal T. Smith:    Mm-hmm.
Jimmy Tate:    Baby? **[Baby cries]** He said, um, what – when we went over there…watch out – he threw up. When we went over there, he said, um, he called him back – what he say to them? What he tell them when they – when they was over there questioning him and texting him and stuff? What'd he say?

Female Speaker:    Uh, that he gave – talked to doc, to and from. And let's just forget it and move on.

Crystal T. Smith:    **[Laughs]**

Jimmy Tate:    **[Laughs]**

Crystal T. Smith:    They say whatever's low – there was –

Jimmy Tate:    Aah.

Crystal T. Smith:    I – this was in – this was in the depth of – this was in the heart of the conversation.
Jimmy Tate:    Yeah.

Crystal T. Smith:    He said an apology. He – he said – he told – let me – I'm gonna tell you what manipulation looks like. "You've never really loved me at all."

Jimmy Tate:    Hmm-mm.

Exhibit. A .44

433296_Snippet Crystal Smith
Crystal T. Smith, Jimmy Tate, Female Speaker

Crystal T. Smith:    "'Cause if you loved me, you will stand by me. And you will not allow anybody to say nothing to me." That's what manipulation looks like.

Jimmy Tate:    Yep.

Crystal T. Smith:    I was there.

Jimmy Tate:    Yep.

Crystal T. Smith:    I was there. Pastor Donis, **[inaudible] [00:11:54]** never texted her you need, uh, you holler. She said, "I can't even hold my head up." She said, she said – what did she say, Charnisea?
Female Speaker:    She said she was hurt.

Crystal T. Smith:    She said she was hurt. She was hurt for people. Okay? Then they went around there and tried to go around there. Amber was there. Amber, by this time, Jaleceya's releasing – releasing damn shit about Amber. **[Laughs]** She's sitting there at the window looking out the window and wouldn't come open up the door there – around there. Now, and you hurt for the people. I understand you so hurt, you so broken. But baby, that's the time you need to be praying for your people. 'Cause those people were hurt.

Jimmy Tate:    Mm-hmm.

Crystal T. Smith:    I'm somebody – Richita might have thrown and – and – and on the floor crying and cussing and hollering. You know? Um, KB – KB laid out guns at the funeral. So, they – but they stood around there. I said, "He don't even know his ass was gonna die." Okay? He didn't even know he was gonna die. They laying out guns to shoot his ass. I went in there and called KB.
Jimmy Tate:    Yeah.

Crystal T. Smith:    And I **[inaudible] [00:12:48]**. I said, "Man, put – Anthony got the guns off the bed and hit him." I said, "It ain't worth it. Whatcha go and kill him for?" And I was right. 'Cause like I told him, "Y'all are mad because y'all had the experience. Y'all are mad because you all have haven't experience so much, um, so – y'all see how he thought about you all."

Jimmy Tate:    Mm-hmm.

Crystal T. Smith:    He didn't think nothing of y'all. This is true.

Exhibit.A.45

13

**433296_Snippet Crystal Smith**
**Crystal T. Smith, Jimmy Tate, Female Speaker**

Jimmy Tate:        Nope.

Crystal T. Smith:  This is true.

Jimmy Tate:        Not a damn thing.

Crystal T. Smith:  I was there in the aftermath. I had bird's eye – bird's eye vision of
                   it.

Jimmy Tate:        Yep.

Crystal T. Smith:  And it was sad. Poor Ms. Angie is not so well. He wants us all to
                   come the church. I said, "For what?"

Jimmy Tate:        Yeah.

Crystal T. Smith:  He couldn't pay me to come to his church.

Jimmy Tate:        Jeez.

**[End of Audio]**

**Duration: 14 minutes**

Exhibit. A.46



**Transcription**
*Transcription · Translation · Proofreading*

## CERTIFICATION OF AUTHENTICITY

Date: October 28, 2024

**Client:** Jaleceya Tate
**Audio File Transcribed by GMR Transcription Services, Inc.:**
**File Name:**
433296_Henry Davies on Grooming at Columbia.MP4

To Whom It May Concern:

I, Beth Worthy, President at GMR Transcription, do hereby certify under the penalty of perjury, under the laws of the state of California, that:

The transcript provided by GMR Transcription Services, Inc. is a full, true, and correct transcription of the audio file mentioned above, having been transcribed and reviewed by GMR Transcription to the best of the company's ability. I further certify that neither I, nor the transcriptionist, have any personal association with the case; nor am I, nor the transcriptionist in any way interested in the outcome thereof.

Executed this 28th day of October, 2024.

Sincerely,

**Beth Worthy**
**President**
Email: Beth@gmrtranscription.com
Phone: (714) 202-9653

JENNIFER ELLIOTT
Notary Public
State of Washington
Commission # 203531
My Comm. Expires Nov 28, 2026

State of Washington
County of Kitsitas
Signed and sworn to (or affirmed) before me on
10/28/24 by Beth Worthy
Jennifer Elliot
Notary Public

Exhibit. A.47

2552 Walnut Ave. Suite 100 Tustin, CA 92780
www.gmrtranscription.com

1

**433296_Henry Davies on Grooming at Columbia**
**Henry Davies, Waitress, Jimmy Tate, Male Speaker**

| | |
|---|---|
| Henry Davies: | **[00:00:00]** I mean, I am going to be honest. I, I get a lot of my conditioning from the schools because I am a minister in the schools as well. |
| Waitress: | **[00:00:05]** Hi, gentlemen. I apologize for the interruption. |
| Jimmy Tate: | **[00:00:06]** How are you doing? |
| Waitress: | **[00:00:09]** The, the, uh, the valet stand, um, the, the valet is at the front. Um, he has three cars downstairs. |
| Jimmy Tate: | **[00:00:13]** Oh, yes. |
| Waitress: | **[00:00:14]** Well, they, they shut down at, at midnight. |
| Henry Davies: | **[00:00:15]** Okay, okay, okay. |
| Waitress: | **[00:00:16]** Um, but, but for, for everyone's convenience, he, he pulled the cars into the front. |
| Jimmy Tate: | **[00:00:21]** Okay. |
| Waitress: | **[00:00:22]** Um, but I think he may need to get payment for the, for the cars before he leaves. |
| Henry Davies: | **[00:00:23]** Okay. |
| Jimmy Tate: | **[00:00:24]** Yes. |
| Henry Davies: | **[00:00:24]** All right. |
| Waitress: | **[00:00:26]** Um, but, you know, but, um, but he, he pulled them into the front for everyone's convenience. |
| Henry Davies: | **[00:00:28]** Okay. |
| Jimmy Tate: | **[00:00:30]** Yes. |
| Henry Davies: | **[00:00:31]** All right. |
| Jimmy Tate: | **[00:00:32]** Yes. |
| Waitress: | **[00:00:33]** How was everything tonight? Did we take great care of you? |

Exhibit. A. 48

433296_Henry Davies on Grooming at Columbia
Henry Davies, Waitress, Jimmy Tate, Male Speaker

| | |
|---|---|
| Jimmy Tate: | **[00:00:34]** Thank you. Oh, it was great. |
| Henry Davies: | **[00:00:34]** Oh, sorry about that, it was great. Yes. |
| Waitress: | **[00:00:35]** It was a pleasure to have you here. |
| Henry Davies: | **[00:00:36]** Well, thank you. |
| Jimmy Tate: | **[00:00:37]** So, Henry, you are, you are able to, to do that. You are able to condition and… |
| Henry Davies: | **[00:00:42]** That is, that is the timing and, you, know, Bishop was right there with me. |
| Jimmy Tate: | **[00:00:45]** Yes. |
| Male Speaker: | **[00:00:46]** You could not even fight there with me, you know? |
| Jimmy Tate: | **[00:00:46]** Yes. |
| Henry Davies: | **[00:00:47]** So, it is like… |
| Jimmy Tate: | **[00:00:47]** But at the church. |
| Henry Davies: | **[00:00:48]** Absolutely. |
| Jimmy Tate: | **[00:00:48]** So, to make it grow, you are able to do that. |
| Henry Davies: | **[00:00:49]** Absolutely. Right. |
| Jimmy Tate: | **[00:00:53]** To… |
| Henry Davies: | **[00:00:53]** But, but it is not just at the church. You have got to do it outside as well. |
| Male Speaker: | **[00:00:53]** Yes, outside. |
| Henry Davies: | **[00:00:57]** As well at the schools, because I have a lot of kids who are not in church. |
| Jimmy Tate: | **[00:00:58]** Yes. |
| Male Speaker: | **[00:01:00]** And they come to the youth events. |

Exhibit.A.49

**433296_Henry Davies on Grooming at Columbia**
**Henry Davies, Waitress, Jimmy Tate, Male Speaker**

---

Henry Davies:        **[00:01:01]** And they, they…

Jimmy Tate:          **[00:01:01]** And they come to the church?

Male Speaker:        **[00:01:02]** Yes.

Henry Davies:        **[00:01:02]** Yes. Right, right.

Male Speaker:        **[00:01:03]** They come to his events.

Jimmy Tate:          **[00:01:04]** Okay.

Henry Davies:        **[00:01:05]** They, if they cannot come, I got a Christian club at the school.

Jimmy Tate:          **[00:01:05]** Okay.

Henry Davies:        **[00:01:07]** And I had to fight for that.

Male Speaker:        **[00:01:07]** What?

Jimmy Tate:          **[00:01:08]** Yes.

Henry Davies:        **[00:01:09]** Yes, I had to fight for that for five years.

**[End of Audio]**

**Duration: 1 minutes**

Exhibit. A.50



**Transcription**
*Transcription · Translation · Proofreading*

## CERTIFICATION OF AUTHENTICITY

Date: October 28, 2024

**Client:** Jaleceya Tate
**Audio File Transcribed by GMR Transcription Services, Inc.:**
**File Name:**
433296_Essie Dabney Snip on Ministry Leadership Concealing Homicide copy

To Whom It May Concern:

I, Beth Worthy, President at GMR Transcription, do hereby certify under the penalty of perjury, under the laws of the state of California, that:

The transcript provided by GMR Transcription Services, Inc. is a full, true, and correct transcription of the audio file mentioned above, having been transcribed and reviewed by GMR Transcription to the best of the company's ability. I further certify that neither I, nor the transcriptionist, have any personal association with the case; nor am I, nor the transcriptionist in any way interested in the outcome thereof.

Executed this 28th day of October, 2024.

Sincerely,

**Beth Worthy**
**President**
Email: Beth@gmrtranscription.com
Phone: (714) 202-9653

JENNIFER ELLIOTT
Notary Public
State of Washington
Commission # 203531
My Comm. Expires Nov 28, 2026

State of Washington
County of __Kubitas__
Signed and sworn to (or affirmed) before me on
__10/28/24__ by Beth Worthy
Jennifer Elliott
**Notary Public**

Exhibit. A. 51

1

433296_Essie Dabney Snip on Ministry Leadership Concealing Homicide copy
Essie Dabney, Jaleceya Tate

| Essie Dabney: | **[00:00:00]** You got to go to sleep. I guess he did not know that he threw her hard, just as hard as he did. |
|---|---|
| Jaleceya Tate: | **[00:00:04]** Mm-hmm. |
| Essie Dabney: | **[00:00:06]** Because he is saying when she got up out of the bed the first time and he told her to go lay back down, he understands she did not go lay down, that she did not go lay down and he picked her up. You know how you how you would toss a baby on the bed or something? |
| Jaleceya Tate: | **[00:00:15]** Yes. |
| Essie Dabney: | **[00:00:16]** He said he tossed her on the bed and he did not think anything was wrong with her. He just thought she was sleeping. But everybody was in there playing but Michelle did not get up afterwards. Like a few hours later, everybody was up, awake, and he was cooking. Michelle had left. Big Michelle had left out the door that morning and went to a wedding. Then after a time, Ellison was, um, calling her saying, "Something is not right with the baby." She kept saying, "I will be home. I will be home. I will be home, uh, at 8:00. I am at a wedding. I am at a wedding." You know what I am saying? She finally, uh, made it to the hospital after all of this happened. Now she is at the hospital, Ellison locked up and we are all sitting up at the hospital, sitting there and waiting. When I clocked in my time on that, on that little thing, God said, "It is over with." I heard the word expired right then and there. |
| Jaleceya Tate: | **[00:01:09]** Mm. |
| Essie Dabney: | **[00:01:10]** And when I went up there, 9:01 was when that baby passed away. And that is the time it was on my little clock thing. I said, "God is not playing. And this, this will not be the last death. There is hope for tomorrow, suffer that." Because God was playing a game and I do not know about this game because I will not be in church, but I am not going to play this game with you all. |

**[End of Audio]**

**Duration: 2 minutes**

Exhibit. A.52

**EXPLANATION OF TERMS:**

Every file has been recorded and assigned a unique "content identifier" or **CID**, using a service called IPFS. When you see the phrase **IPFS CID**, that is the file's unique identification number.

That IPFS CID number is then recorded on the Terra Luna Classic Blockchain, creating an immutable record that cannot be changed or altered in any way. The record is permanent.

When you see "**Transaction ID**," that is the identification number that shows a transaction was made on the blockchain and has officially been recorded. That **Transaction ID** can be searched using any block explorer service that tracks Terra Luna Classic.

The "**Verify Link**" is a URL that points directly to one of these block explorers, showing using the transaction ID. If you click and follow that link, you will find a record of the transaction, along with a timestamp of the date and time of the transaction. This timestamp shows the official time of recording of this information.

When viewing the transaction details URL, please note the entry titled, "**MEMO.**"  The Memo field will contain the unique **IPFS CID** for the file.

By recording the CID of your file, in the MEMO field of a Terra Luna Classic transaction, it creates a permanent record of ownership, with immutable data, publicly available at any time.

In addition, you will have received a Certificate of Authenticity (COA) for each file. On the COA, you will find each file's respective information noted above. The QR Code, when scanned, will take you to the URL to view the full transaction.  You are free to print, sing and save the COA for your personal records.

Thank you for using this brand new, cutting-edge record and verification service. We wish you the best with your projects.

Exhibit. A.53

# Crystal Smith full audio:

**IPFS CID:**
QmYBUw8oqBrBfqeLDfZ77wQgkwVp9HxyoP9GvAszATGfiG

**Transaction ID:**
c796e880058330aa1820363a7400d85fbf5af51aba2da2fa887a5c4fe9929131

**Verify Link:**
https://finder.terra.money/classic/tx/c796e880058330aa1820363a7400d85fbf5af51aba2da2fa887a5c4fe9929131

# Second Conversation Calvin full audio 2-4-24

**IPFS CID:**
QmWyD97cgCcs42XLQ7SXDw4V4UjcxoH6GS7rW5Vr1RC9eW

**Transaction ID:**
ca7fe28dfac8fffee9e6f2966cae317fa4ac0b78e9a7b29eaaa93757085e128a

**Verify Link:**
https://finder.terra.money/classic/tx/ca7fe28dfac8fffee9e6f2966cae317fa4ac0b78e9a7b29eaaa93757085e128a

# Essey Dabney full audio

**IPFS CID:**
QmPHCGagU51QXC9DoNUBW9vNGw2WuzEecgXRrxjBtC4AQb

**Transaction ID:**
8bdc28ae6ed007b5023701ee1f1297282829c28ac6ad52f1ad56024f3b892464

**Verify Link:**
https://finder.terra.money/classic/tx/8bdc28ae6ed007b5023701ee1f1297282829c28ac6ad52f1ad56024f3b892464

# Mens Leadership fundraising dinner full audio

**IPFS CID:**
QmaGruZTqpH4DRKvde1vtPQ1X9xVX3Zv8cUcywXdgggj2S

**Transaction ID:**
854824A824D894BD59DE4F34CDBEFDC77C5AD4B9F6A5C593ABF40D1271A91432

**Verify Link:**
https://finder.terra.money/classic/tx/854824A824D894BD59DE4F34CDBEFDC77C5AD4B9F6A5C593ABF40D1271A91432

Exhibit. A.54

**Affidavit of Aaron Alston**

**STATE OF GEORGIA**
**COUNTY OF FULTON**

**Affidavit of Aaron Alston**

I, **Aaron Alston**, being duly sworn, hereby depose and state the following under penalty of perjury:

1. Personal Information

1.1. My name is Aaron Alston, and I am over the age of 18.
1.2. My current full address is ___2341 Manor Ave East Point, ga 30344___
located in Fulton County, Georgia.
1.3. I have personal knowledge of the facts stated in this affidavit and am competent to testify.
1.4. I have known Jimmy-Sharod Tate for [number of years _20_ ], and I am familiar with his real estate fix-and-flip business as well as his work ethic.

2. Relationship to Jimmy-Sharod Tate and His Business

2.1. I have known Jimmy-Sharod Tate in both a personal and professional capacity for 30 years. During this time, I became familiar with his fix-and-flip real estate business, including his dedication to the success of his projects.
2.2. I am aware of the extensive hours Jimmy-Sharod Tate spent working on his real estate fix-and-flip ventures, often working late into the night and starting early in the morning to ensure his projects were completed to the highest standards.
2.3. I have observed Jimmy-Sharod Tate personally handling many aspects of his business, including property inspections, renovations, and managing contractors. His hands-on approach was instrumental in ensuring the success of his real estate ventures.

3. Jimmy-Sharod Tate's Dedication and Work Ethic

3.1. Throughout the time I have known Jimmy-Sharod Tate, I have personally witnessed him working late nights and early mornings to ensure that his real estate projects were completed on time and met the required standards.
3.2. His dedication to his fix-and-flip business went beyond normal working hours. It was not uncommon for him to start his day as early as 5:00 AM and to work late into the night, sometimes until midnight or later. This work ethic is what set him apart and contributed to the success of his real estate ventures.
3.3. Jimmy-Sharod Tate frequently visited project sites early in the morning to ensure

1

Exhibit. A.55

renovations were progressing as planned. He would then spend evenings coordinating with contractors, overseeing the completion of the work, and handling all aspects of the business himself. His personal involvement was key to the success of his real estate flips.

4. Investment in Jimmy-Sharod Tate's Real Estate Business

4.1. I decided to invest in his business due to Jimmy-Sharod Tate's hard work, dedication, and proven track record in his fix-and-flip business. In 2023, I invested over $30,000 to help fund one of the real estate projects managed by Jimmy-Sharod Tate.
4.2. Based on my firsthand experience with Jimmy-Sharod Tate's work ethic and his business success, I was confident that this investment would result in a profitable return.

5. Abandonment of the Real Estate Project and Financial Loss

5.1. Unfortunately, due to defamatory actions by Calvin McCoy Jr. and his associates, Jimmy-Sharod Tate was forced to abandon the last real estate property that I had invested in.
5.2. As a direct result of the financial harm and reputational damage caused by these actions, the project could not be completed, and I lost over $30,000 of my investment in the property.
5.3. This loss was directly tied to the inability of Jimmy-Sharod Tate to complete the project due to the loss of business opportunities and financial harm caused by the defamatory actions against him.

6. Success of Jimmy-Sharod Tate's Real Estate Fix-and-Flip Business

6.1. Jimmy-Sharod Tate's fix-and-flip business was known for its quality work and timely execution of projects, which resulted in substantial profits. I can personally attest to the fact that he consistently completed successful real estate flips that attracted buyers and investors.
6.2. His business grew steadily as he built a reputation for transforming distressed properties into valuable assets, and his network of clients and investors expanded due to his reliable and high-quality work.
6.3. Jimmy-Sharod Tate's involvement in every stage of the renovation process, from planning and budgeting to execution and sale, was critical to the financial success of his business.

7. Reputational and Financial Damage

7.1. I am aware that false accusations and defamatory actions by Calvin McCoy Jr. and his associates have caused serious reputational harm to Jimmy-Sharod Tate and his real estate business.
7.2. These defamatory statements caused clients and investors to lose trust in Jimmy-Sharod Tate, resulting in a significant loss of business opportunities and financial harm.
7.3. Prior to these defamatory actions, Jimmy-Sharod Tate's business was successful, and he was known for his work ethic, dedication, and reliability in the real estate industry.

Exhibit. A.56

2

8. Emotional and Financial Impact on Jimmy-Sharod Tate

8.1. The stress and emotional toll caused by the loss of business, reputation, and financial opportunities have been significant. I have personally witnessed Jimmy-Sharod Tate experience stress, anxiety, and frustration as a result of these events.

8.2. The financial impact has been severe, as Jimmy-Sharod Tate's business was a significant source of income for him and his family. The loss of clients and deals caused by the defamatory actions has **substantially impaired** his ability to continue his real estate business as he once did.

**9. Sworn Statement**

I declare under penalty of perjury under the laws of the **State of Georgia** that the foregoing is true and correct to the best of my knowledge and belief.

**Dated:** 10/28/24

**Location:** East Point (city) G.A. (state)

**Aaron Alston Signature**

Aaron Alston

**Aaron Alston**

**SWORN TO AND SUBSCRIBED BEFORE ME** this 28 day of October

**(Month)** 2024 **(Year)**, by **Aaron Alston**, who is personally known to me or has produced Driver's license identification.

**Notary Public**
**State of Georgia**
**My Commission Expires:** 12/07/2027

3

Exhibit. A.57

**Affidavit of Tomeka Fuller**

**STATE OF GEORGIA**
**COUNTY OF RICHMOND**

**Affidavit of Tomeka Fuller**

I, **Tomeka Fuller**, being duly sworn, hereby depose and state the following under penalty of perjury:

**1. Personal Information**

1.1. My name is **Tomeka Fuller**, and I am over the age of 18.
1.2. My current address is _500 Eaglevale Circle Apt 5203_ , located in **Augusta, Richmond County, Georgia**.
1.3. I have personal knowledge of the facts stated in this affidavit and am competent to testify.
1.4. I am the **mother** of **Jaleceya Tate**.

**2. Financial Support for the Tate Family**

2.1. Since **March of this year**, I have provided **financial support** to the **Tate family** in the amount of over **$10,000**. These funds were intended to help cover the costs of **housing, food, clothing**, and **security-related expenses** that were necessary due to the **defamatory actions** and **harassment** they were facing.
2.2. The financial assistance was provided to ensure that **Jimmy and Jaleceya Tate** and their children had access to **safe housing** and could maintain some sense of **stability** while dealing with the **emotional and financial toll** caused by the harassment and loss of business.

**3. Use of Funds for Basic Necessities and Security**

3.1. The **$10,000** I provided went directly toward essential living costs for the **Tate family**, including:

- **Housing expenses**: rent and utilities for the residence they secured after their prior addresses were leaked.
- **Food and clothing**: ensuring that the family's basic needs were met during a time of crisis.
- **Security-related costs**: helping them secure **personal safety** measures such as **security systems** to protect their home and family.

Exhibit. A.58

3.2. I provided this financial assistance because I was aware that **Jaleceya Tate** and her family were struggling due to the **business losses** caused by the **false accusations** and **harassment** that had impacted their livelihood.

**4. Observations of the Tate Family's Emotional Distress**

4.1. I have personally witnessed the **emotional strain** this situation has placed on my daughter, **Jaleceya Tate**, as well as her husband, **Jimmy Tate**, and their children.
4.2. **Jaleceya Tate** has expressed to me multiple times her concerns for her family's safety and her **fear for the future** due to the **financial and emotional toll** this has taken on them.

**5. Sworn Statement**

I declare under penalty of perjury under the laws of the **State of Georgia** that the foregoing is true and correct to the best of my knowledge and belief.

**Dated:** 10/28/2024
**Location**: Augusta, Georgia


**Tomeka Fuller Signature**

Tomeka Fuller
**Tomeka Fuller (Print Name)**

**SWORN TO AND SUBSCRIBED BEFORE ME** this 28th day of October (Month) 2024 (Year), by **Tomeka Fuller**, who is personally known to me or has produced GA DRIVERSLICENSE as identification.

**Notary Public**
**State of Georgia**
**My Commission Expires:** AUGUST 16th, 2026

## Affidavit of Brenda Trammell

**STATE OF GEORGIA**
**COUNTY OF WASHINGTON**

## Affidavit of Brenda Trammell

I, **Brenda Trammell**, being duly sworn, hereby depose and state the following under penalty of perjury:

### 1. Personal Information

1.1. My name is **Brenda Trammell**, and I am over the age of 18.
1.2. My current address is 429 Lovett Shrit _____, located in **Sandersville, Washington County, Georgia**.
1.3. I have personal knowledge of the facts stated in this affidavit and am competent to testify.
1.4. I am the **grandmother** of **Jaleceya Tate**.

### 2. Financial Support for the Tate Family's Relocation

2.1. In **August of 2024**, I provided financial assistance to the **Tate family** to help with the **costs of relocation** following multiple **leaks of their address**, which endangered their safety and privacy.

2.2. I personally facilitated payments from my **personal bank account** to cover a portion of their relocation expenses, which included a portion of the security deposit and furniture costs for the place.

2.3. These payments were made to ensure that **Jimmy and Jaleceya Tate** and their children could relocate to a secure and private residence, away from the threats and harassment they were facing due to **defamatory actions** and **harassment**.

### 3. Signing a Lease in My Name for the Tate Family

3.1. In addition to financial support, I signed a **lease agreement** in my name on behalf of the **Tate family** to help them secure a new home where they could have **safety and privacy**.
3.2. This decision was made because the **Tate family** had difficulty obtaining housing due to ongoing issues related to the **harassment** and **defamation** they were experiencing, and it was important to protect their privacy by ensuring that their names were not directly associated with the lease.
3.3. I have never had to provide this level of financial assistance or sign a lease for the **Tate family** before, but given the **seriousness of the threats** they were facing, I felt it was necessary to help them secure a safe place to live.

1



Exhibit. A. 60

## 4. Observations of the Tate Family's Emotional Distress

4.1. During this time, I observed that **Jaleceya Tate** and her family were under **significant emotional distress** due to ongoing threats, harassment, and privacy breaches.

4.2. **Jaleceya Tate** expressed to me on multiple occasions her concerns for the **safety of her children** and the **emotional toll** the situation was taking on her and her family.

## 5. Sworn Statement

I declare under penalty of perjury under the laws of the **State of Georgia** that the foregoing is true and correct to the best of my knowledge and belief.

**Dated:** Oct, 28, 2024

**Location:** Sandersville, Georgia

[Brenda Trammell Signature] Brenda Trammell

[Brenda Trammell Printed Name] Brenda Trammell

**SWORN TO AND SUBSCRIBED BEFORE ME** this 28th day of October (Month) 2024 (Year), by **Brenda Trammell**, who is personally known to me or has produced Driver's license as identification.

**Notary Public**
**State of Georgia**
**My Commission Expires:** 06/30/2028



Exhibit.A.61

2

**PageVault**

| | |
|---|---|
| Document title: | (12) Facebook |
| Capture URL: | https://www.facebook.com/photo.php?<br>fbid=10158648751436835&set=pb.719921834.-2207520000&type=3 |
| Page loaded at (UTC): | Sat, 26 Oct 2024 02:58:11 GMT |
| Capture timestamp (UTC): | Sat, 26 Oct 2024 02:58:13 GMT |
| Capture tool: | 2.63.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like<br>Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 5 |
| Capture ID: | uLq7vJNkUKixtXn5WV6uTh |
| Display Name: | elyse |

Exhibit. A.62

PDF REFERENCE #:     3vSSNiLSJMq7WgbNdNMgBs







Exhibit. A.63



MENTOR/ SPONSOR
(THE P.O.L.O CLUB, CMS CHRISTIAN CLUB, GOLDEN TICKET)
6TH GRADE SOCIAL STUDIES , 7TH GRADE SOCIAL STUDIES,
8TH GRADE LIFE SCIENCE, 8TH GRADE PHYSICAL SCIENCE,
6TH-7TH GRADE ELA



**Kimberly Davies**
September 23, 2022 · 🌐                                                          •••

Well deserved would be an understatement. I am sooooo proud of you **Henry Mister AtL Davies**!! Being an educator in today's society is not easy, but praise God I am married to a warrior!! You're creative, innovative, and is always coming up with new ideas to reach the youth!! You're my favorite teacher!!

👍❤ 64                                                                               27 💬

---
              👍                                  ⬜                                  ↪
---

All comments ▾

**Jasmine Lynne Flunder**
Congrats big bro

2y   Like   Reply

**Christine Williams**
Awesome

2y   Like   Reply

**Aivelta Bates Lewis**
Congratulations

2y   Like   Reply

**Valerie Hill Bell**
Congratulations

2y   Like   Reply

**Greer Evans**
Congratulations

2y   Like   Reply

**Nicole Pullum**
Congratulations

2y   Like   Reply

**Banks Shanta**
Congratulations

2y   Like   Reply

**Linda Lewis**
Congratulations

2y   Like   Reply

**Favored Faith**
👏👏👏👏 WOO HOO!!! CONGRATULATIONS Pastor ATL!!! The prayers, hard work, dedication, sweat, and tears were all for THIS moment! You made it through the test and now here is your testimony! Your works are not in vain! I am super proud of you and your accomplishment! (It's really rough in these education streets! 🎓 Lol) Congratulations again! We appreciate you and your family! 🙌🙌 💙💙

2y   Like   Reply

**Caroline Holley Thornton**
Congratulations

2y   Like   Reply

**Brenda Davies**
And the congratulations continues!!
I am so proud of my son, **Henry Mister AtL Davies** on being selected as Teacher of the Year! You have worked so hard since entering the education field. You have poured your heart and soul into ensuring the students get the education they deserve. You are full of so

Exhibit. A.64



2y   Like   Reply

**Brenda Davies**
And the congratulations continues!!
I am so proud of my son, **Henry Mister AtL Davies** on being selected as Teacher of the Year! You have worked so hard since entering the education field. You have poured your heart and soul into ensuring the students get the education they deserve. You are full of so many other talents as well with the publication of your 1st kids book. Please continue to keep God 1st and all else will fall into place. This recent acknowledgement is a testimony to that. Your family loves you, I love you! Congratulations!!!! 🖤 🏅 🏆 🖤

2y   Like   Reply

**Demona Jackson Warren**
Congratulations 👏

2y   Like   Reply

**Sharp September**



media1.tenor.co

2y   Like   Reply

**Barbara Kirkland**
Congratulations son in law!

2y   Like   Reply

**McCoy ByGrace Felicia** ✅
Congratulations 🎉👏🎈

2y   Like   Reply

**Valencia T Allison**

GIF

Tenor

2y   Like   Reply

**Markeda Hogan**
Congratulations

2y   Like   Reply

**Stephanie McNear**



Exhibit. A. 65



2y   Like   Reply

**Louise Pat Harrison**
Congratulations 🎉 🎈 🎉

2y   Like   Reply

**Flossie Mccoy-perry**
Wow! Look at God! Doing it again for you! Teacher of The Year! So Deserving! Congratulations Pastor ATL! **Henry Mister AtL Davies**
🧍❤️🎈💧🧍

2y   Like   Reply

**Demetra Peoples**
Congratulations 🎉

2y   Like   Reply

**Shirlesia Allison**
Congratulations!

2y   Like   Reply

**PastorTammy Doe**
Congratulations 😊 🎈 🎉🎉

2y   Like   Reply

**Jacqueline Colbert**
Congratulations 🎉

2y   Like   Reply

**Vulah Smith**
Congratulations

2y   Like   Reply

**Henry Davies**
Well done Jr. very proud of you keep up the great work you are doing for your students..once again Congratulations Teacher of the year.!

2y   Like   Reply

Write a comment…

😀 🙂 📷 🎞️ 🎁 ➤

Exhibit. A.66