**Exhibit C.1-C.54**

Comprehensive Evidence of Fraudulent Shell Companies, Misappropriated Identities, and Federal Loan Fraud Involving High-Profile Victims, Fictional Characters, and Deceased Church Members

**Description:**

This exhibit presents a detailed and comprehensive collection of documents (C.1-C.40) that reveal the fraudulent creation and operation of multiple shell companies by the Defendants. These companies were created using the stolen personal information of Jaleceya Tate, as well as the names of high-profile murder victims, fictional characters, and even deceased individuals from the Tates' church community. The Defendants fraudulently applied for federal loans under these shell companies, demonstrating the extensive and premeditated nature of their fraudulent enterprise and its direct connection to the financial harm inflicted upon Jaleceya and Jimmy Tate.

In addition to exploiting Mrs. Tate's personal information, the Defendants used the names of Laci Rocha Peterson, Scott Peterson, Connor Peterson, and members of the Peterson family, as well as names of characters from the novel "The Girl on the Train". Moreover, the scheme extended to the identities of deceased individuals from the Tates' church community, including church members who had passed away, some of whom the Tates knew personally. The use of these names underscores the malicious intent behind the fraud, as the Defendants callously exploited the identities of deceased individuals to further their criminal enterprise. Additionally, the Defendants used the pseudonym Swanson, drawn from the author of "Eight Perfect

Murders," and Malcolm Kershaw, a character from that novel, further illustrating their deliberate use of both real-life and fictional identities to evade detection.

**Core Evidence Presented in C.1-C.54:**

1. **Fraudulent Loan Applications:**
   - The Defendants used the stolen personal information of Jaleceya Tate, alongside the names of high-profile murder victims, fictional characters, and deceased members of the Tates' church, to create fraudulent shell companies. These companies were then used to apply for federal loans, as demonstrated in C.1-C.40. The documents detail how the Defendants systematically mixed real-life, fictional, and deceased individuals' identities to facilitate their fraudulent loan applications.
   - The loan applications show that the Defendants used combinations of these names to obscure the identities behind the companies and mislead federal loan institutions, further deepening the fraudulent scheme and the resulting financial harm inflicted on the Tates.

2. **Evidence of Shell Companies:**
   - The records in C.1-C.40 provide detailed documentation of the fraudulent shell companies created by the Defendants. These companies were established using combinations of personal information from Mrs. Tate, deceased individuals from her church, and high-profile murder victims. Each shell company was a front for obtaining federal loans under false pretenses, as evidenced by the loan applications and supporting documents in this exhibit.

- The use of names like Laci Rocha Peterson, Scott Peterson, and Connor Peterson, as well as names of deceased church members, reflects the calculated nature of the scheme. By intertwining these identities with Mrs. Tate's personal information, the Defendants were able to carry out their fraud while evading detection and complicating the investigation.

3. **Identity Misappropriation of Deceased Church Members:**

    - The Defendants went beyond using high-profile murder victims and fictional characters, exploiting the names of deceased individuals from the Tates' church community. Some of these individuals were known personally by the Tates, adding an additional layer of malice to the Defendants' fraudulent conduct.

    - This deliberate exploitation of dead church members' identities for the purpose of obtaining fraudulent loans highlights the cold and calculated nature of the Defendants' actions. It further underscores their willingness to prey on the most vulnerable, including those who have passed away, in order to enrich themselves.

4. **Swanson and Malcolm Kershaw Identity Use:**

    - As part of their broader fraud, the Defendants also used the pseudonym Swanson, taken from the author of "Eight Perfect Murders," along with the name Malcolm Kershaw, a fictional character from that novel. This deliberate use of literary names further demonstrates the sophistication and deceptive nature of the Defendants' fraudulent operation. By blending real and fictional identities, the Defendants sought to create an elaborate web of deception, designed to evade legal detection while expanding their fraudulent activities.

46

**Key Incidents and Evidence in C.1-C.54:**

- **Fraudulent Loan Applications Using Misappropriated Identities:**

    The documents reveal that the Defendants used Mrs. Tate's personal information, alongside the names of high-profile murder victims, deceased church members, and fictional characters, to fraudulently apply for federal loans. This deliberate blending of identities demonstrates the premeditated intent of the Defendants and their calculated efforts to exploit both living and deceased individuals for their financial gain.

- **Detailed Shell Company Records:**

    The records provide clear evidence of the shell companies created by the Defendants, using a combination of real and fictional names. These companies were used to fraudulently obtain loans, with the identities of deceased church members playing a central role in concealing the Defendants' criminal activities. This evidence highlights the Defendants' systematic approach to evading accountability by intertwining multiple false identities to obscure their activities.

- **Misuse of High-Profile Victims' Identities and Deceased Church Members:**

    The Defendants' deliberate misuse of the names of Laci Rocha Peterson, Scott Peterson, and Connor Peterson, combined with their exploitation of the identities of deceased individuals from the Tates' church, adds a deeply troubling layer of malicious intent to the fraud. The Defendants not only sought to enrich themselves but also showed complete disregard for the dignity of deceased individuals and their families.

- **Swanson and Malcolm Kershaw Identities:**

    The use of names like Swanson and Malcolm Kershaw, characters from "Eight Perfect Murders," further reflects the deceptive and sophisticated nature of the Defendants'

47

operation. By blending real-world and literary identities, the Defendants created a complex web of deception, further complicating efforts to trace their fraudulent activities and hold them accountable.

**Legal Relevance:**

This exhibit provides overwhelming evidence to support the Plaintiffs' claims for Fraud, Racketeering (RICO) violations, and Financial Harm. The fraudulent loan applications created using a combination of Mrs. Tate's personal information, the names of high-profile murder victims, deceased church members, and fictional characters are clear indicators of the Defendants' intent to defraud federal institutions and cause significant financial harm to the Tates.

The deliberate use of real, fictional, and deceased identities to establish shell companies further demonstrates the pattern of racketeering activity and supports the claims under RICO. The exploitation of deceased church members, particularly individuals known personally by the Tates, underscores the malicious and premeditated nature of the Defendants' actions.

The combination of documents in Exhibit C.1-C.54 provides a detailed and systematic account of the Defendants' multi-layered fraud, showing their willingness to exploit any identity—whether real, deceased, or fictional—for their own financial gain. This comprehensive evidence directly ties the fraudulent shell companies and loan applications to the financial harm inflicted on Jaleceya and Jimmy Tate, supporting the Plaintiffs' claims for compensatory and punitive damages under RICO and other applicable laws.