# ARTICLES OF ORGANIZATION

## OF LIMITED LIABILITY COMPANY

### ENTITY INFORMATION

**ENTITY NAME:** B3T4 LLC
**ENTITY ID:** 23650916
**ENTITY TYPE:** Domestic LLC
**EFFECTIVE DATE:** 03/04/2024
**CHARACTER OF BUSINESS:** Any legal purpose
**MANAGEMENT STRUCTURE:** Member-Managed
**PERIOD OF DURATION:** Perpetual
**PROFESSIONAL SERVICES:** N/A

### STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:** Preston L Peterson
**PHYSICAL ADDRESS:** Attn: PRESTON L PETERSON, 4034 E Hope St, MESA, AZ 85205
**MAILING ADDRESS:** Attn: PRESTON L PETERSON, 4034 E Hope St, MESA, AZ 85205

### PRINCIPAL ADDRESS

Att: PRESTON L PETERSON, 4034 E Hope St, MESA, AZ 85205

### PRINCIPALS

Member: Bridgette J Hall - 3342 E Trifecta Ln, BOISE, ID, 83716, USA - bridgettejoy@gmail.com - Date of Taking Office: 03/04/2024

Member: Brittny J Holmes - 8508 E Appalooza Trail, SCOTTSDALE, AZ, 85258, USA - brittnyjeanne@gmail.com - Date of Taking Office: 03/04/2024

Member: Brooke J Opfer - 4627 E Zalesky Rd, COTTONWOOD, AZ, 86326, USA - peterson.brooke.j@gmail.com - Date of Taking Office: 03/04/2024

Member: Tate J Peterson - 4034 E Hope St, Street Address 2, MESA, AZ, 85205, USA - petersontate40@gmail.com - Date of Taking Office: 03/04/2024

Member: Trent M Peterson - 128E Remuda Rd, PRESCOTT VALLEY, AZ, 86315, USA - trentmpeterson87@gmail.com - Date of Taking Office: 03/04/2024

Member: Trevor J Peterson - 2304 E McKellips Rd, Apt 117, MESA, AZ, 85213, USA - yzarc42@yahoo.com - Date of Taking Office: 03/04/2024

Member: Tryan T Peterson - 16 Jessie St, Apt 213, SAN FRANCISCO, CA, 94105, USA - tryanpeterson@gmail.com - Date of Taking Office: 03/04/2024

### ORGANIZERS

PRESTON L PETERSON: 4034 E Hope St, MESA, AZ, 85205, USA, prestonlpeterson@hotmail.com

### SIGNATURES

Exhibit.C.1

Organizer: PRESTON L PETERSON - 03/04/2024

Exhibit. C.2



Exhibit C.3

# MICHELLE TATE

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in The United States received funds.

## Search Paycheck Protection Program Loans

United States  |  To tate

← Back to results page

### Business Detail

| | |
|---|---|
| Name | MICHELLE TATE |
| Address | 2423 Shirley Ave |
| City | Saint Louis |
| State | Missouri |
| ZIP Code | 63136-2640 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | Yes |
| Business Age Description | Existing or more than 2 years old |
| Jobs Reported | 1 |
| NAICS | 541611: Administrative Management and General Management Consulting Services |
| Business Type | Self-Employed Individuals |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |

### Loan Detail

| | |
|---|---|
| Loan Number | 9270129010 |
| Date Approved | May 29, 2021 |
| Loan Status | Paid in Full |
| Loan Status Date | Sept 28, 2021 |
| Term | 60 Months |
| Lender | BSD Capital, LLC dba Lendistry |
| Initial Approval Amount | 20,833.00 |
| Current Approval Amount | 20,833.00 |
| Payroll Proceed | 20,833.00 |
| Loan Forgiveness Date | Aug. 30, 2021 |
| Forgiveness Amount | 20,868.96 |



LOCAL NEWS

# Mom's boyfriend charged in 2-year-old's death

By Alexis Stevens

Oct 4, 2010

A man charged with killing his girlfriend's 2-year-old daughter is scheduled to appear in DeKalb County court Monday, police said.

Ellison Matthews, 22, has a 1:15 p.m. court hearing, police spokeswoman Mekka Parrish said. He is charged with murder and first-degree cruelty to children.



Exhibit. C.4

Advertisement

**Breaking:** Georgia early voting surges past the halfway mark for 2020 turnout                    ✕

☰                                   AJC                                    (👤) Log In

A.M. ATL Newsletter    Metro Atlanta    Georgia News    Legislature    National & World News    Business    2024



The child, whose name has not been released, died as the result of sexual abuse, DeKalb police spokesman Jason Gagnon told the AJC on Sunday.

Matthews was caring for the girl while her mother attended a wedding Saturday morning, Gagnon said. Matthews called 911 from a Brockett Road home and reported the child was unresponsive. he said.

The girl was taken to Children's Healthcare of Atlanta at Egleston, where she was placed on life support, Gagnon said. A doctor alerted detectives to the obvious signs of abuse, Gagnon said. The child died around 3 p.m. Sunday, he said.

Other children who were in the home were taken into state custody, police said.

Matthews is being held at the DeKalb County jail, police said.

Michelle Spinks lives in the home, near Tucker, according to address records. The 29-year-old Spinks and Matthews are engaged to be married, according to their Facebook profiles.

Spinks is the daughter of former boxing champ Michael Spinks, who won at a gold medal in the sport in the 1976 Olympics and is a former heavyweight champion.

Reporter Kristi E. Swartz contributed to this article

## About the Author

### Alexis Stevens                                                                                    𝕏

Alexis Stevens is a member of the Crime and Public Safety team.

## The Latest

*Exhibit.C.5*

**Breaking:** Georgia early voting surges past the halfway mark for 2020 turnout   ✕

☰   **AJC**   ⓘ Log In

A.M. ATL Newsletter    Metro Atlanta    Georgia News    Legislature    National & World News    Business    2024

**WEATHER**

Hotlanta in late October! Records could be broken

# Featured



**KNOW YOUR STUFF**
Here's what you need to know about Georgia's ballot questions

How the AJC covered the John Peek murders featured on 'Dateline' Oct. 25

Everything you need to know about Georgia Tech at Virginia Tech

**Breaking:** Georgia early voting surges past the halfway mark for 2020 turnout    ✕

☰    AJC    👤 Log In

A.M. ATL Newsletter    Metro Atlanta    Georgia News    Legislature    National & World News    Business    2024


By Emory Healthcare

**ADVERTISER CONTENT**

Emory Healthcare: Care models that support excellent patient care



### About

Help Center

About the Atlanta Journal-Constitution

Newsroom Ethics Code

Careers

Archive

### Contact Us

Contact Us

Send a News Tip

Advertise

Exhibit.C.7

**Breaking:** Georgia early voting surges past the halfway mark for 2020 turnout  ✕

☰                    AJC                    👤 Log In

A.M. ATL Newsletter   Metro Atlanta   Georgia News   Legislature   National & World News   Business   2024

All AJC Podcasts

AJC Events

Download iOS App

Download Android App

## Subscription

Digital Subscription

Print Subscription

Manage Subscription

Group Subscriptions

Subscription Terms

NIE/Newspapers in Education

## Follow Us

𝕏  f  ◉

### The Atlanta Journal-Constitution

© 2024 The Atlanta Journal-Constitution. All Rights Reserved.
By using this website, you accept the terms of our
Terms of Use, Privacy Policy, CCPA, and understand your
options regarding Ad Choices.
Learn about Careers at Cox Enterprises.

Exhibit. C. 8

# The Atlanta Journal-Constitution

## Mom's boyfriend charged in 2-year-old's death

By Alexis Stevens
Oct 4, 2010

A man charged with killing his girlfriend's 2-year-old daughter is scheduled to appear in DeKalb County court Monday, police said.

Ellison Matthews, 22, has a 1:15 p.m. court hearing, police spokeswoman Mekka Parrish said. He is charged with murder and first-degree cruelty to children.



Advertisement

The child, whose name has not been released, died as the result of sexual abuse, DeKalb police spokesman Jason Gagnon told the AJC on Sunday.

Exhibit.C.9

# Ellison Matthews

More Information
56 Views



**Record Removal**

Arrest Information

**Full Name:** Ellison Matthews
**Date:** 10/02/2010
**Time:** 12:00 AM
**Total Bond:** $150000

Personal Information

**Arrest Age:** 22
**Current Age:** 36
**Gender:** Male
**Birthdate:** 09/19/1988
**Height:** 6'01"
**Weight:** 283 lbs
**Hair Color:** Black
**Eye Color:** Brown

Charges

#1 MURDER-/FEL/-
   **BOND:** $150000

#2 CRUELTY TO CHILDREN - -/FEL-1ST DEGREE/- -/MISD-2ND/-

Exhibit. C.10