

https://data.onlineathens.com/paycheck-protection-program-loans/?state=United+States&searchtext=calvin+scott

Search Paycheck Protection Program Loans

United States | Search by name, city or other keywords | Find loans

*Showing* **17 of 17** *results for* **'calvin scott'**

| Business | Current Approval Amount (*Undisburse Amount*) | Forgiveness Amount | Jobs Retained | Business Type | Lender | Date Approved |
|---|---|---|---|---|---|---|
| CALVIN JENNINGS **310 Scott Ct Apt 1, Iowa City, IA** | 20,833.00 *(0.00)* | 20,883.23 (Sept. 22, 2021) | 1 | Wholesale Trade Agents and Brokers (Sole Proprietorship) | BSD Capital, LLC dba Lendistry | May 29, 2021 |
| CALVIN SCOTT BUTLER **3133 Golden Drive Apt C, Chalmette, LA** | 19,236.00 *(0.00)* | | 1 | Taxi Service (Self-Employed Individuals) | BSD Capital, LLC dba Lendistry | May 29, 2021 |
| CALVIN SCOTT **1100 Euclid Ave Apt 119, Long Beach, CA** | 1,242.29 *(0.00)* | | 1 | Electronic Shopping and Mail-Order Houses (Sole Proprietorship) | The Enterprise Center Capital Corporation | May 28, 2021 |
| CALVIN WRIGHT **1860 Scott Rd, Hazel Green, AL** | 4,844.00 *(0.00)* | 4,864.59 (Nov. 19, 2021) | 1 | All Other Personal Services (Sole Proprietorship) | Capital Plus Financial, LLC | May 21, 2021 |
| BERNICE SCOTT **10509 Cathell Rd, Berlin, MD** | 6,739.79 *(0.00)* | 6,782.26 (Jan. 6, 2022) | 1 | Beauty Salons (Sole Proprietorship) | Calvin B. Taylor Banking Company | May 18, 2021 |
| CALVIN SCOTT **9711 Bayview Pkwy, Charlotte, NC** | 20,833.00 *(0.00)* | 20,937.45 (Nov. 16, 2021) | 1 | Home and Garden Equipment Repair and Maintenance (Self-Employed Individuals) | Benworth Capital | May 11, 2021 |
| SCOTTS LANDING SHELLFISH LLC **7867 Scotts Landing Rd, Snow Hill, MD** | 2,510.83 *(0.00)* | 2,518.53 (Aug. 17, 2021) | 1 | Shellfish Farming (Single Member LLC) | Calvin B. Taylor Banking Company | April 22, 2021 |

77°F Mostly clear | Search | 5:04 AM 10/24/2024

Exhibit. C.21

https://data.onlineathens.com/paycheck-protection-program-loans/?state=United+States&searchtext=crystal+swanson

United States | crystal swanson | Find loans

Showing **7 of 7** results for **'crystal swanson'**

| Business | Current Approval Amount (*Undisburse Amount*) | Forgiveness Amount | Jobs Retained | Business Type | Lender | Date Approved |
|---|---|---|---|---|---|---|
| CRYSTAL SWANSON **5313 Cottage Cove Dr, Riverbank, CA** | 7,278.00 *(0.00)* | 7,300.53 (Aug. 18, 2021) | 1 | Offices of Lawyers (Self-Employed Individuals) | Harvest Small Business Finance, LLC | April 19, 2021 |
| CRYSTAL SWANSON **5313 Cottage Cove Dr, Riverbank, CA** | 7,278.00 *(0.00)* | 7,302.73 (Aug. 12, 2021) | 1 | Offices of Lawyers (Self-Employed Individuals) | Harvest Small Business Finance, LLC | April 4, 2021 |
| CRYSTAL WEST **27231 W Swanson Rd, Wallace, NE** | 20,833.00 *(0.00)* | 20,883.35 (July 2, 2021) | 1 | Beef Cattle Ranching and Farming (Sole Proprietorship) | Equitable Bank | April 1, 2021 |
| RICHARD C SWANSON DMD PA **1815 SE US Highway 19, Crystal River, FL** | 157,165.00 *(0.00)* | 158,094.89 (Oct. 25, 2021) | 13 | Offices of Dentists (Corporation) | Truist Bank d/b/a Branch Banking & Trust Co | March 20, 2021 |
| CRYSTAL WEST **27231 W Swanson Rd, Wallace, NE** | 20,833.00 *(0.00)* | 20,915.75 (June 14, 2021) | 1 | Beef Cattle Ranching and Farming (Sole Proprietorship) | Equitable Bank | Jan. 17, 2021 |
| RICHARD C SWANSON DMD PA **1815 SE US Highway 19, Crystal River, FL** | 149,300.00 *(0.00)* | 150,336.81 (Dec. 30, 2020) | 13 | General Medical and Surgical Hospitals (Corporation) | Truist Bank d/b/a Branch Banking & Trust Co | April 11, 2020 |
| SWANSON AND STRELCHECK PAINTING LLC **10 NORTH VIRGINIA STREET, Crystal Lake, IL** | 38,700.00 *(0.00)* | 38,955.85 (Dec. 22, 2020) | 6 | Painting and Wall Covering Contractors (Corporation) | American Community Bank & Trust | April 10, 2020 |

**Source:** U.S. Small Business Administration (SBA)

More

77°F Mostly clear Search 5:06 AM 10/24/2024

Exhibit. C.22



https://data.onlineathens.com/paycheck-protection-program-loans/?state=United+States&searchtext=calvin+swanson

NEW PANDA MECHA
MELEE-FOCUSED
BATTLE ROYALE

Data Central | Paycheck Protection Program Loans

Coronavirus (COVID-19)

## Who in the United States got Paycheck Protection Program loans during the pandemic?

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in The United States received funds.

Search Paycheck Protection Program Loans

United States | calvin swanson | Find loans

*Showing* **1 of 1** *results for* **'calvin swanson'**

| Business | Current Approval Amount (*Undisburse Amount*) | Forgiveness Amount | Jobs Retained | Business Type | Lender | Date Approved |
|---|---|---|---|---|---|---|
| CALVIN SWANSON **2186 County Road T, Lyons, NE** | 900.00 *(0.00)* | 904.19 (July 19, 2021) | 1 | Beef Cattle Ranching and Farming (Sole Proprietorship) | First Northeast Bank of Nebraska | Jan. 21, 2021 |

**Source:** U.S. Small Business Administration (SBA)

More

Exhibit. C.23



data.onlineathens.com/paycheck-protection-program-loans/?state=United+States&searchtext=Lisa+Rocha

Data Central | Paycheck Protection Program Loans

Coronavirus (COVID-19)

## Who in the United States got Paycheck Protection Program loans during the pandemic?

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in The United States received funds.

Search Paycheck Protection Program Loans

United States | Lisa Rocha | Find loans

*Showing* **2 of 2** *results for* **'Lisa Rocha'**

| Business | Current Approval Amount (*Undisburse Amount*) | Forgiveness Amount | Jobs Retained | Business Type | Lender | Date Approved |
|---|---|---|---|---|---|---|
| LISA ROCHA **6316 Milton Ave Apt 3, Whittier, CA** | 4,317.30 (*0.00*) | 4,350.18 (Jan. 6, 2022) | 1 | Jewelry Stores (Sole Proprietorship) | Square Capital, LLC | April 2, 2021 |
| LISA ROCHA **6316 Milton Avenue Apt3, Los Angeles, CA** | 3,186.17 (*0.00*) | 3,218.12 (May 6, 2021) | 1 | Jewelry Stores (Sole Proprietorship) | Celtic Bank Corporation | May 1, 2020 |

**Source:** **U.S. Small Business Administration (SBA)**

More

75°F Mostly cloudy

11:35 AM 10/26/2024

Exhibit. C.24

https://data.onlineathens.com/paycheck-protection-program-loans/?state=United+States&searchtext=travis+peterson

| | | | | | | |
|---|---|---|---|---|---|---|
| 15655 422nd Ave, Bradley, SD | (0.00) | (Aug. 31, 2021) | | | | 2021 |
| SUSAN PETERSON LUCAS **1075 1st St Ste 6, Benicia, CA** | 9,157.00 *(0.00)* | 9,187.11 (July 16, 2021) | 1 | Insurance Agencies and Brokerages (Sole Proprietorship) | Travis CU | March 13, 2021 |
| TRAVIS PETERSON **817 E Cedar St, Houston, MN** | 20,833.00 *(0.00)* | 20,888.94 (June 15, 2021) | 1 | Independent Artists, Writers, and Performers (Sole Proprietorship) | ESB Bank | March 6, 2021 |
| TRAVIS PETERSON **1093 SW 90th Rd, Oronogo, MO** | 3,711.87 *(0.00)* | 3,728.47 (July 13, 2021) | 1 | Beef Cattle Ranching and Farming (Sole Proprietorship) | Farm Credit Services of Eastern Missouri, PCA | Feb. 1, 2021 |
| TRAVIS JAY PETERSON **40866 Drive 782, Gothenburg, NE** | 20,800.00 *(0.00)* | 20,893.60 (July 14, 2021) | 1 | Beef Cattle Ranching and Farming (Sole Proprietorship) | First State Bank | Jan. 22, 2021 |
| TRAVIS PETERSON **5494 I Rd, Nebraska City, NE** | 5,970.40 *(0.00)* | 5,989.73 (June 14, 2021) | 1 | Beef Cattle Ranching and Farming (Sole Proprietorship) | Riverstone Bank | Jan. 22, 2021 |
| TRAVIS PETERSON **1747 GREEN RD, Ann Arbor, MI** | 2,829.00 *(0.00)* | 2,852.65 (March 11, 2021) | 1 | All Other Transit and Ground Passenger Transportation (Sole Proprietorship) | University of Michigan CU | May 5, 2020 |
| TRAVIS PETERSON **15655 422ND AVE, Bradley, SD** | 1,800.00 *(0.00)* | 1,812.20 (Jan. 12, 2021) | 1 | Beef Cattle Ranching and Farming (Self-Employed Individuals) | Dacotah Bank | May 5, 2020 |
| JEANNETTE PETERSON, MD, INC **1261 TRAVIS BLVD #100, Fairfield, CA** | 42,500.00 *(0.00)* | 42,816.71 (Feb. 9, 2021) | 5 | Offices of Physicians (except Mental Health Specialists) (Corporation) | Exchange Bank | April 28, 2020 |
| TRAVIS PETERSON **40866 Drive 782, Gothenburg, NE** | 15,000.00 *(0.00)* | 15,100.00 (Dec. 31, 2020) | 1 | Beef Cattle Ranching and Farming (Sole Proprietorship) | First State Bank | April 27, 2020 |
| COLE, EVANS & PETERSON, L.L.C. **624 TRAVIS ST, Shreveport, LA** | 1,088,350.00 *(0.00)* | 1,101,803.22 (July 15, 2021) | 54 | Offices of Certified Public Accountants (Limited Liability Company(LLC)) | Cadence Bank | April 12, 2020 |

**Source:** U.S. Small Business Administration (SBA)

More

77°F Mostly clear Search 4:48 AM 10/24/2024

Exhibit. C. 25

https://data.onlineathens.com/paycheck-protection-program-loans/?state=United+States&searchtext=crystal+peterson

| Borrower | Loan amount (forgiven) | Forgiven | Jobs | Industry | Lender | Date |
|---|---|---|---|---|---|---|
| CRYSTAL PETERSON **1100 Hern Ave, Greensboro, NC** | 20,832.00 *(0.00)* | 21,001.55 (March 24, 2022) | 1 | Photography Studios, Portrait (Sole Proprietorship) | Prestamos CDFI, LLC | May 20, 2021 |
| HEIDI PETERSON **3838 N Catbird Pt N/A, Crystal River, FL** | 3,733.00 *(0.00)* | 3,744.76 (Sept. 21, 2021) | 1 | All Other Professional, Scientific, and Technical Services (Sole Proprietorship) | Leader Bank, National Association | May 15, 2021 |
| CRYSTAL PETERSON **801 W 13th St Apt C39, Panama City, FL** | 19,625.00 *(0.00)* | | 1 | Beauty Salons (Sole Proprietorship) | Fountainhead SBF LLC | May 12, 2021 |
| CRYSTAL PETERSON **801 W 13th St Apt C39, Panama City, FL** | 19,625.00 *(0.00)* | | 1 | Beauty Salons (Sole Proprietorship) | Fountainhead SBF LLC | April 12, 2021 |
| BRITTANY PETERSON **6023 Crystal Dr, Columbus, GA** | 20,833.00 *(0.00)* | 21,065.87 (May 26, 2022) | 1 | Services for the Elderly and Persons with Disabilities (Self-Employed Individuals) | Benworth Capital | April 9, 2021 |
| LFM CRYSTAL CUP INC **84 Peterson Pl, Lynbrook, NY** | 3,347.00 *(0.00)* | 3,360.48 (Aug. 23, 2021) | 1 | Vending Machine Operators (Corporation) | Cross River Bank | March 23, 2021 |
| HEIDI PETERSON **3838 N Catbird Pt, Crystal River, FL** | 3,267.00 *(0.00)* | 3,281.52 (July 7, 2021) | 1 | Other Accounting Services (Sole Proprietorship) | U.S. Bank, National Association | Jan. 26, 2021 |
| CRYSTAL PETERSON DBA THAT'S SEW BELLA **2750 E WT HARRIS BLVD, Charlotte, NC** | 17,385.00 *(0.00)* | | 1 | Beauty Salons (Sole Proprietorship) | Fifth Third Bank | Aug. 2, 2020 |
| CRYSTAL PETERSON **328 BROOKSVILLE CT, Cary, NC** | 15,500.00 *(0.00)* | | 1 | Other Management Consulting Services (Sole Proprietorship) | Fifth Third Bank | July 30, 2020 |
| PETERSON GENERAL CONTRACTING, LLC **54001 204th Lane, Lake Crystal, MN** | 36,000.00 *(0.00)* | 36,284.05 (Feb. 22, 2021) | 3 | Commercial and Institutional Building Construction (Limited Liability Company(LLC)) | Frandsen Bank & Trust | April 29, 2020 |

**Source:** U.S. Small Business Administration (SBA)

More

77°F Mostly clear Search 4:49 AM 10/24/2024

Exhibit. C.26

https://data.onlineathens.com/paycheck-protection-program-loans/?state=United+States&searchtext=renee+peterson

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in The United States received funds.

Search Paycheck Protection Program Loans

United States | renee peterson | Find loans

*Showing* **5 of 5** *results for* **'renee peterson'**

| Business | Current Approval Amount (*Undisburse Amount*) | Forgiveness Amount | Jobs Retained | Business Type | Lender | Date Approved |
|---|---|---|---|---|---|---|
| RENEE COLEMAN **2351 Peterson Rd S, Iowa Park, TX** | 13,300.00 *(0.00)* | 13,325.49 (June 23, 2021) | 1 | Beauty Salons (Independent Contractors) | First Bank | April 14, 2021 |
| RENE PETERSON **HC 33 Box 112, Compton, AR** | 1,716.65 *(0.00)* | 1,733.01 (March 21, 2022) | 1 | Hog and Pig Farming (Sole Proprietorship) | Anstaff Bank | April 6, 2021 |
| RENEE PETERSON **145 Peterson Dr, Ogallala, NE** | 10,776.04 *(0.00)* | 10,839.81 (Sept. 24, 2021) | 1 | Beef Cattle Ranching and Farming (Sole Proprietorship) | Adams Bank & Trust | Feb. 12, 2021 |
| RENE PETERSON **6004 E 32nd Ave, Spokane, WA** | 7,600.00 *(0.00)* | 7,643.93 (Sept. 1, 2021) | 1 | Beauty Salons (Sole Proprietorship) | Washington Trust Bank | Jan. 27, 2021 |
| RENEE COLEMAN **2351 PETERSON RD SOUTH, Iowa Park, TX** | 7,400.00 *(0.00)* | 7,471.74 (April 20, 2021) | 1 | Beauty Salons (Independent Contractors) | American National Bank & Trust | April 28, 2020 |

**Source:** U.S. Small Business Administration (SBA)

More

77°F Mostly clear | Search | 4:51 AM 10/24/2024

Exhibit.C.27



https://data.onlineathens.com/paycheck-protection-program-loans/?state=United+States&searchtext=kerry+peterson

# Who in the United States got Paycheck Protection Program loans during the pandemic?

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in The United States received funds.

Search Paycheck Protection Program Loans

United States | kerry peterson | Find loans

*Showing* **4 of 4** *results for* **'kerry peterson'**

| Business | Current Approval Amount (*Undisburse Amount*) | Forgiveness Amount | Jobs Retained | Business Type | Lender | Date Approved |
|---|---|---|---|---|---|---|
| KERRY A PETERSON **20941 Old Highway 65, Omaha, AR** | 9,470.00 *(0.00)* | 9,593.37 (July 8, 2022) | 1 | Radio and Television Broadcasting and Wireless Communications Equipment Manufacturing (Self-Employed Individuals) | Arvest Bank | March 24, 2021 |
| KERRY PETERSON **26475 590th Street, Palmer, IA** | 20,833.00 *(0.00)* | 21,032.07 (May 13, 2021) | 1 | Corn Farming (Sole Proprietorship) | Heartland Bank | May 27, 2020 |
| KERRY WAYNE PETERSON **550 25TH AVE NORTH, Saint Cloud, MN** | 4,900.00 *(0.00)* | 4,961.08 (Aug. 5, 2021) | 1 | Offices of Real Estate Agents and Brokers (Sole Proprietorship) | BankVista | April 29, 2020 |
| KERRY A PETERSON **20941 OLD HIGHWAY 65, Omaha, AR** | 4,000.00 *(0.00)* | 4,026.44 (Dec. 15, 2020) | 1 | Radio and Television Broadcasting and Wireless Communications Equipment Manufacturing (Self-Employed Individuals) | Arvest Bank | April 15, 2020 |

**Source:** U.S. Small Business Administration (SBA)

More

77°F Mostly clear 4:56 AM 10/24/2024





https://data.onlineathens.com/paycheck-protection-program-loans/?state=United+States&searchtext=henry+rocha

Data Central | Paycheck Protection Program Loans

Coronavirus (COVID-19)

## Who in the United States got Paycheck Protection Program loans during the pandemic?

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in The United States received funds.

Search Paycheck Protection Program Loans

United States | henry rocha | Find loans

*Showing* **2 of 2** *results for* **'henry rocha'**

| Business | Current Approval Amount (*Undisburse Amount*) | Forgiveness Amount | Jobs Retained | Business Type | Lender | Date Approved |
|---|---|---|---|---|---|---|
| HENRY ROCHA **3055 SW 145th Ave, Miami, FL** | 14,635.00 *(0.00)* | 14,748.01 (Feb. 17, 2022) | 1 | Other Personal and Household Goods Repair and Maintenance (Independent Contractors) | Fountainhead SBF LLC | May 11, 2021 |
| HENRY ROCHA **3055 SW 145th Ave, Miami, FL** | 14,635.00 *(0.00)* | 14,756.55 (Feb. 17, 2022) | 1 | Other Personal and Household Goods Repair and Maintenance (Independent Contractors) | Fountainhead SBF LLC | April 12, 2021 |

**Source:** U.S. Small Business Administration (SBA)

More

Exhibit.C.29



https://data.onlineathens.com/paycheck-protection-program-loans/?state=United+States&searchtext=amber+peterson

*Showing* **8 of 8** *results for* **'amber peterson'**

| Business | Current Approval Amount (*Undisburse Amount*) | Forgiveness Amount | Jobs Retained | Business Type | Lender | Date Approved |
|---|---|---|---|---|---|---|
| AMBER PETERSON **818 San Domingo Rd, Orlando, FL** | 20,062.00 *(0.00)* | 20,130.55 (Sept. 22, 2021) | 1 | Beauty Salons (Sole Proprietorship) | Prestamos CDFI, LLC | May 13, 2021 |
| SHAHEED PETERSON **3422 Amber Trl, Duluth, GA** | 20,833.00 *(0.00)* | | 1 | General Freight Trucking, Local (Sole Proprietorship) | Harvest Small Business Finance, LLC | April 28, 2021 |
| AMBER TERRELL **106 Peterson Rd, Mobile, AL** | 1,690.00 *(0.00)* | | 1 | Beauty Salons (Sole Proprietorship) | Benworth Capital | April 15, 2021 |
| AMBER PETERSON **5702 W Jefferson St, Philadelphia, PA** | 19,815.00 *(0.00)* | 19,910.77 (Sept. 22, 2021) | 1 | Beauty Salons (Sole Proprietorship) | Capital Plus Financial, LLC | March 27, 2021 |
| AMBER PETERSON **2217 Meridian Way, Lompoc, CA** | 8,093.00 *(0.00)* | 8,166.61 (March 7, 2022) | 1 | Other Direct Selling Establishments (Sole Proprietorship) | Readycap Lending, LLC | March 20, 2021 |
| AMBER PETERSON **139 Red Bay Ct, Santa Rosa Beach, FL** | 12,211.00 *(0.00)* | 12,358.54 (June 7, 2022) | 2 | Janitorial Services (Limited Liability Company(LLC)) | Cadence Bank | March 17, 2021 |
| AMBER PETERSON **2560 Delk Rd SE, Marietta, GA** | 20,002.50 *(0.00)* | 20,275.31 (July 21, 2022) | 1 | All Other General Merchandise Stores (Independent Contractors) | Itria Ventures LLC | Feb. 11, 2021 |
| AMBER TERRELL **106 Peterson Rd, Mobile, AL** | 2,734.00 *(0.00)* | 2,783.14 (May 9, 2022) | 1 | Cosmetics, Beauty Supplies, and Perfume Stores (Sole Proprietorship) | Kabbage, Inc. | July 17, 2020 |

**Source:** U.S. Small Business Administration (SBA)

More

77°F Mostly clear

4:55 AM 10/24/2024

Exhibit. C. 30