10/25/24, 1:42 PM

Donnis Swanson.png

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# DONNA SWANSON

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in The United States received funds

## Search Paycheck Protection Program Loans

| United States | ⌄ | swanson | | Find loans |

Back to results page

### Business Detail

| | |
|---|---|
| Name | DONNA SWANSON |
| Address | 408 Whiteville Rd NW Apt 23 |
| City | Shallotte |
| State | North Carolina |
| ZIP Code | 28470-5558 |
| Rural/Urban | Rural |
| Hubzone | No |
| Labor Market Information (LMI) | No |
| Business Age Description | Existing or more than 2 years old |
| Jobs Reported | 1 |
| NAICS | 812112: Beauty Salons |
| Business Type | Self-Employed Individuals |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

### Loan Detail

| | |
|---|---|
| Loan Number | 9339089010 |
| Date Approved | May 29, 2021 |
| Loan Status | Charged Off |
| Loan Status Date | March 16, 2023 |
| Term | 35 Months |
| Lender | BSD Capital, LLC dba Lendistry |
| Initial Approval Amount | 20,833.00 |
| Current Approval Amount | 20,833.00 |
| Payroll Proceed | 20,833.00 |

HomeBuddy

Average Cost Of Gutter Guards in 2024

More

chrome://media-app

1/1



Exhibit C.31



Data Central | Paycheck Protection Program Loans

Coronavirus (COVID-19)

# Who in the United States got Paycheck Protection Program loans during the pandemic?

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in The United States received funds.

## Search Paycheck Protection Program Loans

| United States ∨ | donnis peterson | | Find loans |

*Showing* **2 of 2** *results for* **'donnis peterson'**

| Business | Current Approval Amount (*Undisburse Amount*) | Forgiveness Amount | Jobs Retained | Business Type | Lender | Date Approved |
|---|---|---|---|---|---|---|
| DONNIE PETERSON 403 2nd St, Wakonda, SD | 20,833.00 (0.00) | 20,906.06 (Aug. 6, 2021) | 1 | Beef Cattle Ranching and Farming (Sole Proprietorship) | First Dakota National Bank | March 27, 2021 |
| DONNIE PETERSON 6 Prairie Dr, Wakonda, SD | 20,833.00 (0.00) | 20,911.20 (June 15, 2021) | 1 | Beef Cattle Ranching and Farming (Sole Proprietorship) | First Dakota National Bank | Jan. 23, 2021 |

More

**Source:** U.S. Small Business Administration (SBA)

Exhibit. C.32



10/25/24, 1:40 PM

Sydney Swanson.png

SIDNEY SWANSON

Coronavirus (COVID-19) - Paycheck Protection Program Loans

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in The United States received funds.

Search Paycheck Protection Program Loans

United States          swanson

← Back to results page

## Business Detail

| | |
|---|---|
| Name | SIDNEY SWANSON |
| Address | 2230 Lake Park Dr # SPC23 |
| City | San Jacinto |
| State | California |
| ZIP Code | 92583-2914 |
| Rural/Urban | Urban |
| Hubzone | No |
| Labor Market Information (LMI) | Yes |
| Business Age Description | Existing or more than 2 years old |
| Jobs Reported | 1 |
| NAICS | 722330: Mobile Food Services |
| Business Type | Sole Proprietorship |
| Race/Ethnicity | Unanswered |
| Gender | Male Owned |
| Veteran | Non-Veteran |

## Loan Detail

| | |
|---|---|
| Loan Number | 6404689006 |
| Date Approved | May 22, 2021 |
| Loan Status | Charged Off |
| Loan Status Date | March 16, 2023 |
| Term | 36 Months |
| Lender | BSD Capital, LLC dba Lendistry |
| Initial Approval Amount | 20,416.00 |
| Current Approval Amount | 20,416.00 |
| Payroll Proceed | 20,416.00 |

Exhibit C.33

chrome://media-app

1/1



SIDNEY TATE

Coronavirus (COVID-19) - Paycheck Protection Program Loans

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in The United States received funds.

Search Paycheck Protection Program Loans

United States    tate

← Back to results page

## Business Detail

| Name | SIDNEY TATE |
| Address | 119 S Railroad Ave |
| City | Brookhaven |
| State | Mississippi |
| ZIP Code | 39601-3330 |
| Rural/Urban | Rural |
| Hubzone | Yes |
| Labor Market Information (LMI) | No |
| Business Age Description | Existing or more than 2 years old |
| Jobs Reported | 1 |
| NAICS | 812112: Beauty Salons |
| Business Type | Sole Proprietorship |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| Loan Number | 9187318806 |
| Date Approved | April 23, 2021 |
| Loan Status | Paid in Full |
| Loan Status Date | Dec. 4, 2021 |
| Term | 60 Months |
| Lender | First Bank |
| Initial Approval Amount | 13,092.00 |
| Current Approval Amount | 13,092.00 |
| Utilities Proceed | 1.00 |
| Payroll Proceed | 13,089.00 |
| Loan Forgiveness Date | Oct. 29, 2021 |
| Forgiveness Amount | 13,159.28 |

HomeBuddy

6-Hours Gutters Upgrade Cost

*Exhibit, C.34*

10/25/24, 1:43 PM

PPP Ceavon Tate.png

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# SYVONNA TATE

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in The United States received funds

## Search Paycheck Protection Program Loans

| United States | ▼ | tate |

← Back to results page

### Business Detail

| | |
|---|---|
| Name | SYVONNA TATE |
| Address | 12705 Dove Ave |
| City | Cleveland |
| State | Ohio |
| ZIP Code | 44105-4409 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | Yes |
| Business Age Description | Existing or more than 2 years old |
| Jobs Reported | 1 |
| NAICS | 812112: Beauty Salons |
| Business Type | Sole Proprietorship |
| Race/Ethnicity | Unanswered |
| Gender | Female Owned |
| Veteran | Non-Veteran |

### Loan Detail

| | |
|---|---|
| Loan Number | 7556258700 |
| Date Approved | April 6, 2021 |
| Loan Status | Paid in Full |
| Loan Status Date | Oct. 11, 2022 |
| Term | 60 Months |
| Lender | Benworth Capital |
| Initial Approval Amount | 17,708.00 |
| Current Approval Amount | 17,708.00 |
| Payroll Proceed | 17,708.00 |
| Loan Forgiveness Date | Sept. 22, 2022 |
| Forgiveness Amount | 17,965.13 |

HomeBuddy

6-Hours Gutters Upgrade Cost

More



Exhibit. C.35

chrome://media-app

1/1

10/25/24, 1:55 PM

PPP Kaysen Tate.png



Coronavirus (COVID-19) - Paycheck Protection Program Loans

# KING TATE

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in The United States received funds.

## Search Paycheck Protection Program Loans

United States

tate

← Back to results page

### Business Detail

| | |
|---|---|
| Name | KING TATE |
| Address | 1055 W 70th St |
| City | Chicago |
| State | Illinois |
| ZIP Code | 60621-1149 |
| Rural/Urban | Urban |
| Hubzone | No |
| Labor Maries Information (LMI) | Yes |
| Business Age Description | Existing or more than 2 years old |
| Jobs Reported | 1 |
| NAICS | 561720, Janitorial Services |
| Business Type | Sole Proprietorship |
| Race/Ethnicity | Black or African American |
| Gender | Male Owned |
| Veteran | Non-Veteran |

### Loan Detail

| | |
|---|---|
| Loan Number | 8534068608 |
| Date Approved | March 25, 2021 |
| Loan Status | Paid in Full |
| Loan Status Date | Jan. 6, 2022 |
| Term | 60 Months |
| Lender | Capital Plus Financial, LLC |
| Initial Approval Amount | 20,832.00 |
| Current Approval Amount | 20,832.00 |
| Utilities Proceed | 1.00 |
| Payroll Proceed | 20,829.00 |
| Loan Forgiveness Date | Nov. 3, 2021 |
| Forgiveness Amount | 20,960.46 |

HomeBuddy

6-Hours Gutters Upgrade Cost

More

Exhibit. C. 36

chrome://media-app



# ARTICLES OF ORGANIZATION

## OF LIMITED LIABILITY COMPANY

## ENTITY INFORMATION

| | |
|---|---|
| **ENTITY NAME:** | RGSB LLC |
| **ENTITY ID:** | 23388738 |
| **ENTITY TYPE:** | Domestic LLC |
| **EFFECTIVE DATE:** | 06/14/2022 |
| **CHARACTER OF BUSINESS:** | Any legal purpose |
| **MANAGEMENT STRUCTURE:** | Member-Managed |
| **PERIOD OF DURATION:** | Perpetual |
| **PROFESSIONAL SERVICES:** | N/A |

## STATUTORY AGENT INFORMATION

| | |
|---|---|
| **STATUTORY AGENT NAME:** | Ryan Kinsella |
| **PHYSICAL ADDRESS:** | 4948 E Rockridge Rd, PHOENIX, AZ 85018 |
| **MAILING ADDRESS:** | 4948 E Rockridge Rd, PHOENIX, AZ 85018 |

## PRINCIPAL ADDRESS

4948 E Rockridge Rd, PHOENIX, AZ 85018

## PRINCIPALS

Member: Gretchen Kinsella - 4948 E Rockridge Rd, PHOENIX, AZ, 85018, USA - gretchenk@dpr.com - Date of Taking Office:
Member: Ryan Kinsella - 4948 E Rockridge Rd, PHOENIX, AZ, 85018, USA - ryan.kinsella@pcg.com - Date of Taking Office:

## ORGANIZERS

Dinkel and Ginder, Inc

## SIGNATURES

Organizer: Dinkel and Ginder - 06/20/2022

Exhibit. C.28

4:49    🔒 data.onlineathens.com    5G

| | | | | |
|---|---|---|---|---|
| TRISTAN TUCKER 1514 Glenside Dr, Bolingbrook, IL | 29,166.00 (0.00) | 29,245.11 (Sept. 15, 2021) | Full-Service Restaurants (Sole Proprietorship) | May 22, 2021 |
| TRISTAN FAIRNOT 13770 SW 272nd St, Homestead, FL | 29,165.00 (0.00) | | Mobile Food Services (Sole Proprietorship) | May 22, 2021 |
| TRISTAN HENDERSON 3117 E Norberry St, Lancaster, CA | 20,833.00 (0.00) | 20,882.09 (Sept. 10, 2021) | Caterers (Sole Proprietorship) | May 22, 2021 |
| TRISTAN BERKLEY 242 W Front St, Bradford, TN | 20,833.00 (0.00) | | Administrative Management and General Management Consulting Services (Sole Proprietorship) | May 22, 2021 |
| TRISTAN MANDIGO 9021 Mitcham St, Shreveport, LA | 20,833.00 (0.00) | 20,904.92 (Oct. 12, 2021) | Freight Transportation Arrangement (Single Member LLC) | May 22, 2021 |
| TRISTAN THURMAN 1594 State Line Rd, Calumet City, IL | 20,833.00 (0.00) | 20,866.10 (Aug. 19, 2021) | Barber Shops (Sole Proprietorship) | May 22, 2021 |
| TRISTAN SALAZAR 9718 76th St, Ozone Park, NY | 20,833.00 (0.00) | | Fitness and Recreational Sports Centers (Self-Employed Individuals) | May 22, 2021 |
| SHERREY THLANG 7058 Tristan Cir, Stockton, CA | 20,833.00 (0.00) | 20,921.47 (Nov. 12, 2021) | Other Computer Related Services (Self-Employed Individuals) | May 22, 2021 |
| TRISTAN DAVIS SHIELDS 1423 S College St, Springfield, IL | 20,833.00 (0.00) | 20,906.06 (Oct. 12, 2021) | Barber Shops (Sole Proprietorship) | May 22, 2021 |
| TRISTAN OWEN 2433 N Vandalia Ave, Tulsa, OK | 20,833.00 (0.00) | 20,989.96 (March 10, 2022) | Home Health Care Services (Sole Proprietorship) | May 22, 2021 |
| JASMINE | 20,832.00 | 20,926.90 | Marketing | May 22, |



Exhibit. C 39

4:51    📞    ...ll 5G⁶ 🔋

🔒 data.onlineathens.com

*Showing* **151-200 of 858**

*results for* **'Tristan'**

Page 4 of 18  «  ‹  2  3  **4**  5  6  ›  »

| Business | Current Approval Amount (*Undisburse Amount*) | Forgiveness Amount | Business Type | Date Approved |
|---|---|---|---|---|
| TRISTAN FOURNETTE 5471 Holland St, Oakland, CA | 19,729.00 (0.00) | | Caterers (Sole Proprietorship) | May 7, 2021 |
| TRISTAN MARTIN 3665 Heurtevant Rd, Sulphur, LA | 8,732.00 (0.00) | 8,785.60 (Dec. 15, 2021) | Other Spectator Sports (Self-Employed Individuals) | May 7, 2021 |
| TRISTAN RICE 1420 Seward St, Los Angeles, CA | 780.00 (0.00) | | Interior Design Services (Self-Employed Individuals) | May 5, 2021 |
| TRISTAN AKINS 3726 Tappan Ave, Cincinnati, OH | 14,416.00 (0.00) | 14,454.31 (Aug. 12, 2021) | Audio and Video Equipment Manufacturing (Sole Proprietorship) | May 3, 2021 |
| TRISTAN NEAL 1640 Joey Ln, Bossier City, LA | 11,458.00 (0.00) | | Barber Shops (Sole Proprietorship) | May 3, 2021 |
| TRISTAN BARTON 1400 S Gramercy Pl Apt 8, Los Angeles, CA | 20,833.00 (0.00) | 20,895.50 (Aug. 24, 2021) | Caterers (Sole Proprietorship) | May 2, 2021 |
| TRISTAN ANDERSON 411 Dulles Dr Apt 3104, Lafayette, LA | 20,197.00 (0.00) | | Men's and Boys' Clothing and Furnishings Merchant Wholesalers (Self-Employed | May 2, 2021 |

Exhibit.C.40

4:54

🔒 data.onlineathens.com

| Business | Current Approval Amount (Undisburse Amount) | Forgiveness Amount | Business Type | Date Approved |
|---|---|---|---|---|
| JALISA WHITE 107 Top St, Murfreesboro, NC | 20,833.00 (0.00) | 20,881.52 (Sept. 1, 2021) | Family Clothing Stores (Sole Proprietorship) | May 23, 2021 |
| JALISA WHITE 1236 Jasmine Way, Hampton, GA | 9,112.00 (0.00) | 9,139.71 (Aug. 12, 2021) | Landscaping Services (Sole Proprietorship) | April 15, 2021 |
| JALISA GRAY 10105 White Oak Rd, Ford, VA | 23,793.00 (0.00) | 23,862.40 (Aug. 10, 2021) | Caterers (Self-Employed Individuals) | April 14, 2021 |
| JALISA GRAY 10105 White Oak Rd, Ford, VA | 16,995.00 (0.00) | 17,057.32 (Aug. 10, 2021) | Caterers (Self-Employed Individuals) | March 23, 2021 |
| JALISA WHITE 914 E Hazeldell Ave, New Castle, DE | 10,207.00 (0.00) | | Jewelry and Silverware Manufacturing (Sole Proprietorship) | March 23, 2021 |
| JALISA WHITE 1236 Jasmine Way, Hampton, GA | 9,112.00 (0.00) | 9,145.20 (Aug. 12, 2021) | Landscaping Services (Sole Proprietorship) | March 20, 2021 |
| JALISA WHITE 313 W Market St, Saint Charles, IA | 20,832.00 (0.00) | | All Other Personal Services (Self-Employed Individuals) | Feb. 26, 2021 |

Exhibit.C.41

**Source:** U.S. Small Business Administration (SBA)

More

You deserve to know where your money went. That's why

4:58    🔄    .ıll 5G⁵ 🔋

🔒 data.onlineathens.com

| Business | Current Approval Amount (*Undisburse Amount*) | Forgiveness Amount | Business Type | Date Approved |
|---|---|---|---|---|
| JULIUS LABOY 1445 W King St, York, PA | 10,537.00 (0.00) | 10,579.73 (Oct. 29, 2021) | General Automotive Repair (Sole Proprietorship) | May 29, 2021 |
| JULIUS WIGGINS 312 Martin Luther King St, Saint Pauls, NC | 20,833.00 (0.00) | 20,958.57 (Jan. 11, 2022) | Agents and Managers for Artists, Athletes, Entertainers, and Other Public Figures (Sole Proprietorship) | May 25, 2021 |
| JULIUS ROGERS 3340 NE M L King Blvd Apt 418, Portland, OR | 20,416.00 (0.00) | | Barber Shops (Sole Proprietorship) | May 22, 2021 |
| JULIUS KING 832 W Solomon St, Griffin, GA | 20,833.00 (0.00) | | Beauty Salons (Sole Proprietorship) | May 11, 2021 |
| JULIUS KING JR 3412 Brandywine Dr, Chesapeake, VA | 4,415.00 (0.00) | 4,439.77 (Nov. 29, 2021) | Tile and Terrazzo Contractors (Independent Contractors) | April 29, 2021 |
| JULIUS KING 832 W Solomon St, Griffin, GA | 20,833.00 (0.00) | | Beauty Salons (Sole Proprietorship) | April 13, 2021 |
| JULIUS DEANGELIS 1085 King St, Charleston, SC | 1,567.00 (0.00) | 1,589.75 (Sept. 22, 2022) | Other Performing Arts Companies (Independent Contractors) | April 8, 2021 |
| JULIUS HUGGINS 14919 Martin Luther King Jr Dr, Dolton, IL | 20,832.00 (0.00) | 20,939.05 (Oct. 6, 2021) | Janitorial Services (Sole Proprietorship) | April 3, 2021 |

Exhibit. C.42

🔒 data.onlineathens.com

Page 1 of 2 | **1** | 2 | ›

| Business | Current Approval Amount (*Undisburse Amount*) | Forgiveness Amount | Business Type | Date Approved |
|---|---|---|---|---|
| CYDNEY CLARK 410 Grape St, Bowling Green, FL | 20,833.00 *(0.00)* | | Specialized Freight (except Used Goods) Trucking, Local (Self-Employed Individuals) | May 29, 2021 |
| CYDNEY MOULTRIE 3492 Meadowglenn Village Ln, Atlanta, GA | 20,416.00 *(0.00)* | 20,466.90 (Sept. 24, 2021) | Beauty Salons (Sole Proprietorship) | May 29, 2021 |
| CYDNEY KILGORE 1226 W Grand Pkwy S, Katy, TX | 20,208.00 *(0.00)* | | Administrative Management and General Management Consulting Services (Sole Proprietorship) | May 29, 2021 |
| CYDNEY GERMANY 1011 W Julie Dr, Tempe, AZ | 2,030.00 *(0.00)* | 2,053.29 (July 26, 2022) | Office Administrative Services (Independent Contractors) | May 27, 2021 |
| CYDNEY LOVINGS 5347 Maple Ave, Saint Louis, MO | 20,785.00 *(0.00)* | 20,852.55 (Oct. 4, 2021) | Janitorial Services (Independent Contractors) | May 26, 2021 |
| CYDNEY BALCH 615 S 36th St, Mattoon, IL | 20,465.00 *(0.00)* | 20,548.00 (Oct. 29, 2021) | Beauty Salons (Sole Proprietorship) | May 26, 2021 |
| CYDNEY YOUNG 5526 S Prairie Ave, Chicago, IL | 20,833.00 *(0.00)* | 20,872.95 (Aug. 17, 2021) | Business Associations (Sole Proprietorship) | May 23, 2021 |
| CYDNEY TAYLOR 1002 Patterson St, | 20,765.00 *(0.00)* | 20,822.46 (Sept. 20, 2021) | Beauty Salons (Self-Employed | May 22, 2021 |

Exhibit. C.43

| | | | Individuals) | |
|---|---|---|---|---|
| **CYDNEY PRUITT**<br>7769 Las Palmas Way, Jacksonville, FL | 20,832.00<br>*(0.00)* | 21,007.34<br>(March 2, 2022) | Beauty Salons (Sole Proprietorship) | April 22, 2021 |
| **CYDNEY HENRY**<br>144 Grace Ct Apt 16, Ft Mitchell, KY | 18,560.00<br>*(0.00)* | | Lawn and Garden Tractor and Home Lawn and Garden Equipment Manufacturing (Sole Proprietorship) | April 22, 2021 |
| **CYDNEY TURNER**<br>6334 Pine View Ter, Riverdale, GA | 18,517.00<br>*(0.00)* | 18,615.24<br>(Nov. 10, 2021) | Other Clothing Stores (Sole Proprietorship) | April 22, 2021 |
| **CYDNEY HOLM**<br>2125 Goodrich Ave, Austin, TX | 15,178.00<br>*(0.00)* | 15,221.00<br>(Aug. 11, 2021) | Commercial Photography (Independent Contractors) | April 21, 2021 |
| **CYDNEY BROWN**<br>2741 W Montgomery Ave, Philadelphia, PA | 13,541.00<br>*(0.00)* | | Recreational Goods Rental (Self-Employed Individuals) | April 21, 2021 |
| **CYDNEY HOPKINS**<br>565 Northridge Rd Apt E, Atlanta, GA | 20,833.00<br>*(0.00)* | 20,918.62<br>(Sept. 20, 2021) | Beauty Salons (Sole Proprietorship) | April 18, 2021 |
| **CYDNEY PERKINS**<br>13120 Maple Wood Dr, New Orleans, LA | 6,023.00<br>*(0.00)* | 6,062.32<br>(Dec. 21, 2021) | Beauty Salons (Sole Proprietorship) | April 18, 2021 |
| **CYDNEY MILLSTEIN**<br>1537 Belleview Ave, Kansas City, MO | 20,833.33<br>*(0.00)* | 20,925.92<br>(Sept. 29, 2021) | Other Scientific and Technical Consulting Services (Sole Proprietorship) | April 16, 2021 |
| **CYDNEY WOFFORD**<br>2129 W 24th St Apt 2, Chicago, IL | 20,833.00<br>*(0.00)* | 20,966.56<br>(Dec. 9, 2021) | Caterers (Sole Proprietorship) | April 16, 2021 |
| **CYDNEY AVERY** | 5,035.00<br>*(0.00)* | 5,066.16 | Office | April 8, 2021 |

Exhibit. C.44

4:48        ..Il 5G⁺ ⬛

🔒 data.onlineathens.com

| | | | | |
|---|---|---|---|---|
| | | | (Independent Contractors) | |
| TRISTAN OBANIGBA 2710 Spartacus Dr, Grand Prairie, TX | 20,833.00 (0.00) | 20,872.95 (Sept. 7, 2021) | Home Health Care Services (Self-Employed Individuals) | May 29, 2021 |
| TRISTAN SMITH 3619 Worley Dr, Missouri City, TX | 20,833.00 (0.00) | | Interior Design Services (Sole Proprietorship) | May 29, 2021 |
| TRISTAN RICHARDSON 241 Woodward Estates Bessemer Al, Bessemer, AL | 20,833.00 (0.00) | 20,878.66 (Sept. 10, 2021) | Taxi Service (Sole Proprietorship) | May 29, 2021 |
| TRISTAN WILLIAMS 3201 Mathews St Lot 2, Opelika, AL | 20,833.00 (0.00) | | Graphic Design Services (Independent Contractors) | May 29, 2021 |
| TRISTAN BOONE 2952 Wilmington Hwy, Fayetteville, NC | 20,833.00 (0.00) | | General Freight Trucking, Local (Self-Employed Individuals) | May 29, 2021 |
| TRISTAN MARCUS 6753 79th St, Middle Village, NY | 20,833.00 (0.00) | | Limited-Service Restaurants (Self-Employed Individuals) | May 29, 2021 |
| TRISTAN GONZALEZ 1455 Cable Ranch Rd Apt 711, San Antonio, TX | 20,833.00 (0.00) | | Caterers (Sole Proprietorship) | May 29, 2021 |
| TRISTAN CHAMBER 241 s jefferson ave, Talbotton, GA | 20,666.00 (0.00) | | Landscaping Services (Independent Contractors) | May 29, 2021 |
| TRISTAN KETCHUM 2217 Washington Ave, Granite City, IL | 20,416.00 (0.00) | 20,594.43 (May 11, 2022) | Barber Shops (Sole Proprietorship) | May 29, 2021 |
| MARKIAYAH SAMUELS 4106 Tristan Loop, Shreveport, LA | 20,344.00 (0.00) | 20,394.72 (Sept. 21, 2021) | Janitorial Services (Sole Proprietorship) | May 29, 2021 |

Exhibit. C.45

11:50          ..Il 5G ⬜

🔒 data.onlineathens.com

| | | | | |
|---|---|---|---|---|
| CHARLOTTE HOTEL LLC<br>43 King St, Onancock, VA | *(0.00)* | (Sept. 9, 2021) | Restaurants (Limited Liability Company(LLC)) | 2021 |
| CALVIN KING<br>501 Sherwood Dr, Bennettsville, SC | 7,096.00<br>*(0.00)* | 7,048.33 (Feb. 10, 2021) | General Freight Trucking, Long-Distance, Truckload (Self-Employed Individuals) | May 27, 2020 |
| KING'S COTTON CANDY STAND<br>422 S Atlantic Ave, Ocean City, MD | 11,818.32<br>*(0.00)* | 11,967.91 (Sept. 2, 2021) | Confectionery and Nut Stores (Sole Proprietorship) | May 26, 2020 |
| CALVIN L KING<br>7837 S COLFAX AVE, Chicago, IL | 2,575.00<br>*(0.00)* | 2,602.23 (June 24, 2021) | Other Management Consulting Services (Independent Contractors) | May 19, 2020 |
| CALVIN'S ONLINE.COM, LLC<br>510 S Martin Luther King Hwy, Lake Charles, LA | 14,600.00<br>*(0.00)* | 14,687.60 (Dec. 4, 2020) | Electronic Shopping and Mail-Order Houses (Limited Liability Company(LLC)) | April 27, 2020 |
| BAYSHORE GROUP LTD, INC.<br>10111 Martin Luther King Hwy. #106, Bowie, MD | 13,095.00<br>*(0.00)* | 13,179.63 (Feb. 12, 2021) | Other Commercial Equipment Merchant Wholesalers (Corporation) | April 13, 2020 |
| CALVIN M. MIURA, M.D., INC.<br>1150 SOUTH KING ST STE 1001, Honolulu, HI | 19,400.00<br>*(0.00)* | 19,613.13 (June 3, 2021) | Offices of Physicians (except Mental Health Specialists) (Corporation) | April 11, 2020 |

**Source:** U.S. Small Business Administration (SBA)

More

Exhibit.C.46

# LLC - STATEMENT OF CHANGE

## OF MEMBER OR MANAGER ADDRESSES

## ENTITY INFORMATION

**ENTITY NAME:** B3T4 LLC
**ENTITY ID:** 23650916
**ENTITY TYPE:** Domestic LLC

## PRINCIPALS

Member: Bridgette J Hall - 3342 E Trifecta Ln, BOISE, ID, 83716, USA - bridgettejoy@gmail.com - Date of Taking Office: 03/04/2024

Member: Brittny J Holmes - 8508 E Appalooza Trail, SCOTTSDALE, AZ, 85258, USA - brittnyjeanne@gmail.com - Date of Taking Office: 03/04/2024

Member: Brooke J Opfer - 4627 E Zalesky Rd, COTTONWOOD, AZ, 86326, USA - peterson.brooke.j@gmail.com - Date of Taking Office: 03/04/2024

Member: Tate J Peterson - 4034 E Hope St, Street Address 2, MESA, AZ, 85205, USA - petersontate40@gmail.com - Date of Taking Office: 03/04/2024

Member: Trent M Peterson - 12850 E Remuda Rd, PRESCOTT VALLEY, AZ, 86315, USA - trentmpeterson87@gmail.com - Date of Taking Office: 03/04/2024

Member: Trevor J Peterson - 2304 E McKellips Rd, Apt 117, MESA, AZ, 85213, USA - yzarc42@yahoo.com - Date of Taking Office: 03/04/2024

Member: Tryan T Peterson - 16 Jessie St, Apt 213, SAN FRANCISCO, CA, 94105, USA - tryanpeterson@gmail.com - Date of Taking Office: 03/04/2024

## SIGNATURE

Authorized Agent: PRESTON L PETERSON - 03/04/2024

Exhibit. C.47

Arizona Corporation Commission - RECEIVED: 11/30/2023
Arizona Corporation Commission - FILED: 11/30/2023

# ARTICLES OF ORGANIZATION

## OF LIMITED LIABILITY COMPANY

### ENTITY INFORMATION

ENTITY NAME:                        ASCEND MARKETPLACE LLC

ENTITY ID:                          23612096
ENTITY TYPE:                        Domestic LLC
EFFECTIVE DATE:                     11/30/2023
CHARACTER OF BUSINESS:              Retail Trade (45)
MANAGEMENT STRUCTURE:               Member-Managed
PERIOD OF DURATION:                 Perpetual
PROFESSIONAL SERVICES:              N/A

### STATUTORY AGENT INFORMATION

STATUTORY AGENT NAME:       Brandon Wolfe
PHYSICAL ADDRESS:           6896 S Portland Ave Gilbert, GILBERT, AZ 85298
MAILING ADDRESS:            6896 S Portland Ave Gilbert, GILBERT, AZ 85298

### PRINCIPAL ADDRESS

6896 S Portland Ave Gilbert, GILBERT, AZ 85298

### PRINCIPALS

Member: Brandon Wolfe - 6896 S Portland Ave Gilbert, GILBERT, AZ, 85298, USA - fbgrills@gmail.com - Date of
Taking Office:
Member: Tate Scott - 1444 E Oakland St, CHANDLER, AZ, 85225, USA - tate.mscott@outlook.com - Date of
Taking Office:

### ORGANIZERS

Brandon Wolfe: 6896 S Portland Ave Gilbert, GILBERT, AZ, 85298, USA, fbgrills@gmail.com

### SIGNATURES

Organizer: Brandon Wolfe - 11/30/2023

Exhibit. C.48

11:26    📶 5G ▯

🔒 data.onlineathens.com

# Who in the United States got Paycheck Protection Program loans during the pandemic?

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in The United States received funds.

Search Paycheck Protection Program Loans

| United Sta ⬍ | Sharon Harley | Find loans |

Showing **3 of 3** results for

# 'Sharon Harley'

| Business | Current Approval Amount (*Undisburse Amount*) | Forgiveness Amount | Business Type | Date Approved |
|---|---|---|---|---|
| HARLEY KILE 1322 Sharon Ln, Sulphur Springs, TX | 17,707.00 (0.00) | 17,828.49 (Dec. 7, 2021) | Beauty Salons (Independent Contractors) | April 3, 2021 |
| SHARON HARLEY MD PC DBA ATLANTA WOMEN SP 2678 BUFORD HWY NE, Atlanta, GA | 100,287.59 (0.00) | | Not Available (Limited Liability Company(LLC)) | May 1, 2020 |
| SHARON HARLEY HAIR 15525 SW 116th Ave, Portland, OR | 10,800.00 (0.00) | 10,936.70 (Aug. 5, 2021) | Barber Shops (Corporation) | April 16, 2020 |

**Source:** U.S. Small Business Administration (SBA)

More

Exhibit. C.49

9:06        ....ll 5G<sup>U</sup> 🔋

🔒 data.onlineathens.com

received emergency pandemic loans. Use our searchable database to see who in The United States received funds.

### Search Paycheck Protection Program Loans

| United Sta ⌄ | | Kill Lisa | | Find loans |

*Showing* **4 of 4** *results for* 'Kill Lisa'

| Business | Current Approval Amount (*Undisburse Amount*) | Forgiveness Amount | Business Type | Date Approved |
|---|---|---|---|---|
| LISA KILL 22651 N 39th Pl, Phoenix, AZ | 20,833.00 (0.00) | 20,940.30 (Nov. 10, 2021) | General Medical and Surgical Hospitals (Sole Proprietorship) | May 1, 2021 |
| LISA JEFFERS 1001 Lisa Ct, Kill Devil Hills, NC | 3,317.00 (0.00) | 3,328.00 (Aug. 27, 2021) | All Other Health and Personal Care Stores (Sole Proprietorship) | April 22, 2021 |
| LISA JEFFERS 1001 Lisa Ct, Kill Devil Hills, NC | 3,317.00 (0.00) | 3,331.18 (Sept. 20, 2021) | All Other Health and Personal Care Stores (Sole Proprietorship) | March 23, 2021 |
| LISA'S GOOD FOR YOU FITNESS LLC 4295 Arthur Kill Rd, Staten Island, NY | 10,435.00 (0.00) | 10,501.76 (Nov. 2, 2021) | Fitness and Recreational Sports Centers (Limited Liability Company(LLC)) | March 10, 2021 |

**Source:** U.S. Small Business Administration (SBA)

More

Exhibit . C . 50

**11:28**    🔆    ▮▮▮ 5G⁰ 🔋

🔒 data.onlineathens.com

| | | | | |
|---|---|---|---|---|
| | | | (Proprietorship) | |
| **ARNEZ KING**<br>14519 Tabor Ave, Maple Heights, OH | 18,540.00<br>(0.00) | | Independent Artists, Writers, and Performers (Sole Proprietorship) | April 22, 2021 |
| **ARNEZ STEWARD**<br>229 W Albanus St, Philadelphia, PA | 8,540.00<br>(0.00) | 8,658.61<br>(Sept. 21, 2022) | Fitness and Recreational Sports Centers (Independent Contractors) | April 22, 2021 |
| **ARNEZ BLOUNT**<br>2301 Redwood St Apt 803, Las Vegas, NV | 20,833.00<br>(0.00) | 20,908.34<br>(Sept. 2, 2021) | Barber Shops (Self-Employed Individuals) | April 16, 2021 |
| **ARNEZ WHITE**<br>6548 S Eberhart Ave, Chicago, IL | 20,832.00<br>(0.00) | 20,930.95<br>(Oct. 6, 2021) | All Other Personal Services (Sole Proprietorship) | April 4, 2021 |
| **ARNEZ SMITH**<br>2116 Crotona Pkwy Apt 3C, Bronx, NY | 20,832.00<br>(0.00) | | Carpet and Upholstery Cleaning Services (Sole Proprietorship) | March 31, 2021 |
| **ARNEZ BLOUNT**<br>2301 Redwood St Apt 803, Las Vegas, NV | 20,833.00<br>(0.00) | 20,916.33<br>(Sept. 2, 2021) | Barber Shops (Self-Employed Individuals) | March 30, 2021 |
| **ARNEZ HARPER**<br>1525 N Elston Ave, Chicago, IL | 20,832.00<br>(0.00) | | General Freight Trucking, Local (Sole Proprietorship) | March 23, 2021 |
| **ARNEZ LOGISTICS LLC**<br>124 Berkshire Ln, Waxahachie, TX | 19,300.00<br>(0.00) | 19,379.34<br>(Aug. 18, 2021) | General Freight Trucking, Local (Limited Liability Company(LLC)) | March 18, 2021 |
| **FERNANDO ARNEZ ANTEZANA**<br>14097 Betsy Ross Ln, Centreville, VA | 7,427.00<br>(0.00) | 7,475.02<br>(Oct. 14, 2021) | General Freight Trucking, Local (Sole Proprietorship) | Feb. 18, 2021 |
| **ARNEZ GROUP INC**<br>1005 Hunters Club Ln, Norcross, GA | 83,875.00<br>(0.00) | 84,378.25<br>(Sept. 13, 2021) | Offices of Real Estate Agents and Brokers (Corporation) | Feb. 1, 2021 |

Exhibit. C.51

9:20    🔄    ...ll 5G▪ 🔋

🔒 data.onlineathens.com

| Business | Current Approval Amount (Undisburse Amount) | Forgiveness Amount | Business Type | Date Approved |
|---|---|---|---|---|
| CRUNK'S TIRE SHOP 5155 Stone Shadows Dr, Memphis, TN | 20,222.00 (0.00) | | Tire Dealers (Limited Liability Company(LLC)) | May 26, 2021 |
| TRACY BUCKNER 245 Roy Crunk Ln, Savannah, TN | 20,832.00 (0.00) | 20,924.01 (Nov. 10, 2021) | Taxi Service (Independent Contractors) | May 23, 2021 |
| ERICA L CRUNK 221 Star Hill Pl, Rogersville, AL | 10,575.00 (0.00) | 10,582.34 (June 23, 2021) | Other Activities Related to Real Estate (Sole Proprietorship) | May 21, 2021 |
| CAROL CRUNK 4918 Harbor Light Dr, Dickinson, TX | 11,930.00 (0.00) | 12,016.82 (Feb. 14, 2022) | Landscaping Services (Sole Proprietorship) | May 14, 2021 |
| EDWARD CRUNK 7840 Hanson Rd, Hanson, KY | 1,836.00 (0.00) | 1,847.17 (Dec. 9, 2021) | Agents and Managers for Artists, Athletes, Entertainers, and Other Public Figures (Sole Proprietorship) | April 27, 2021 |
| EDWARD CRUNK 7840 Hanson Rd, Hanson, KY | 1,836.00 (0.00) | 1,847.88 (Dec. 9, 2021) | Agents and Managers for Artists, Athletes, Entertainers, and Other Public Figures (Sole Proprietorship) | April 11, 2021 |
| JAMES CRUNK 6300 Martinwest Dr, Millington, TN | 12,500.00 (0.00) | 12,569.44 (Oct. 27, 2021) | Lawn and Garden Tractor and Home Lawn and Garden Equipment Manufacturing (Sole Proprietorship) | April 9, 2021 |

Exhibit. C.52

9:21    🔗  data.onlineathens.com    5G

| | | | | |
|---|---|---|---|---|
| Omaha, IL | | | Farming (Sole Proprietorship) | |
| STANLEY CRUNK 3051 Kirby Whitten Rd Ste 4, Bartlett, TN | 52,175.00 (0.00) | 52,385.15 (Aug. 18, 2021) | Offices of Dentists (Sole Proprietorship) | March 25, 2021 |
| CRUNK FARMS LLC 1170 E Leona Pkwy, Lorena, TX | 26,343.73 (0.00) | 26,467.40 (Sept. 9, 2021) | All Other Grain Farming (Limited Liability Company(LLC)) | March 20, 2021 |
| KATIE HUGHES 200 Crunk Loop, Savannah, TN | 20,833.33 (0.00) | 20,921.80 (Aug. 30, 2021) | Other Activities Related to Real Estate (Self-Employed Individuals) | March 17, 2021 |
| BIG CRUNK HAULING INC 2779 S Church St # 288, Burlington, NC | 168,750.00 (0.00) | | General Freight Trucking, Local (Corporation) | March 2, 2021 |
| JEREMY K BROWNING 4875 Crunk Rd, Omaha, IL | 7,132.50 (0.00) | 7,181.94 (Oct. 29, 2021) | Soybean Farming (Sole Proprietorship) | Feb. 9, 2021 |
| CRUNK ENGINEERING LLC 7112 Crossroads Blvd Ste 201, Brentwood, TN | 165,072.00 (0.00) | 166,383.41 (Nov. 24, 2021) | Engineering Services (Limited Liability Company(LLC)) | Feb. 7, 2021 |
| SARAH CRUNK 2802 Alexander St, Florence, AL | 9,407.50 (0.00) | 9,460.29 (Aug. 20, 2021) | Insurance Agencies and Brokerages (Sole Proprietorship) | Jan. 27, 2021 |
| CECIL CRUNK 2802 Alexander St, Florence, AL | 20,832.50 (0.00) | 20,947.66 (Aug. 20, 2021) | Insurance Agencies and Brokerages (Sole Proprietorship) | Jan. 23, 2021 |
| CECIL CRUNK 2802 Alexander Street, Florence, AL | 20,832.50 (0.00) | 20,940.13 (Dec. 9, 2020) | Insurance Agencies and Brokerages (Sole Proprietorship) | May 29, 2020 |

Exhibit. C.53

9:21    5G

🔒 data.onlineathens.com

*...(continued)...* Proprietorship)

| | | | | |
|---|---|---|---|---|
| CRUNK ENGINEERING LLC 7112 CROSSROADS BLVD, Brentwood, TN | 154,545.00 (0.00) | 155,412.17 (Nov. 20, 2020) | Engineering Services (Limited Liability Company(LLC)) | April 30, 2020 |
| MITCHELL CRUNK LLC 81 West Athens Street, Winder, GA | 101,800.00 (0.00) | 102,926.77 (June 10, 2021) | Offices of Lawyers (Limited Liability Company(LLC)) | April 30, 2020 |
| TOMMY H CRUNK M.D. 224 NORTHCREST DR, Springfield, TN | 41,700.00 (0.00) | 42,094.15 (April 15, 2021) | Offices of Physicians (except Mental Health Specialists) (Sole Proprietorship) | April 28, 2020 |
| WEICHERT REALTORS CRUNK REAL ESTATE 890 Pickwick Road, Savannah, TN | 35,655.00 (0.00) | 36,019.47 (May 3, 2021) | Offices of Real Estate Agents and Brokers (Corporation) | April 27, 2020 |
| CRUNK PHYSICAL THERAPY, PC 109C REGENCY COMMONS DR, Greer, SC | 14,560.00 (0.00) | 14,689.24 (March 18, 2021) | Offices of Physical, Occupational and Speech Therapists, and Audiologists (Corporation) | April 27, 2020 |
| SUSAN CRUNK DBA NONE 1039 KENDRAS RUN, Gallatin, TN | 20,832.50 (0.00) | 21,029.41 (April 5, 2021) | Administrative Management and General Management Consulting Services (Sole Proprietorship) | April 15, 2020 |
| CRUNK HEATING AND AIR 14830 HIGHWAY 72, Rogersville, AL | 14,018.75 (0.00) | 14,087.29 (Oct. 13, 2020) | Warm Air Heating and Air-Conditioning Equipment and Supplies Merchant Wholesalers (Sole Proprietorship) | April 10, 2020 |

Exhibit. C.54