cc: DKW LGIW

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 28 2024
at 4 o'clock and 22 min. P M
Lucy H. Carrillo, Clerk

# UNITED STATES DISTRICT COURT
## for the
### District of Hawaii

1. Jaleceya Tate
2. Jimmy Tate
3. and on behalf of our 4 minor children.
Calvin McCoy Jr.    5. Ambereka   7. Calvin McCoy Sr.
Donnis McCoy         Calhoun      8. Travis Jennings
Henry Davies    6. Kerry Robertson  9. Toisha Footman
Kimberly Davies
10. Plossie Perry    13. Church of God in Christ (COGIC)
11. Crystal Smith    14. Church of God in Jesus Christ (COGIJC)
12. Kayom Davenport  16. Signature Contingent Management
15. Brotherhood Fellowship

Plaintiff/Petitioner
Defendant/Respondent

Civil Action No. 24-CV-00465-DKW-RT

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
Temco
99-1267 Waiua Pl st.A, Aiea HI 96701

My gross pay or wages are: $1700.00, and my take-home pay or wages are: $1,550 per
(specify pay period) bi weekly pay period

3. *Other Income.* In the past 12 months, I have received income from the following sources (check all that apply):

(a) Business, profession, or other self-employment      ☑ Yes   ☐ No
(b) Rent payments, interest, or dividends               ☐ Yes   ☑ No
(c) Pension, annuity, or life insurance payments        ☐ Yes   ☑ No
(d) Disability, or worker's compensation payments       ☐ Yes   ☑ No
(e) Gifts, or inheritances                              ☐ Yes   ☑ No
(f) Any other sources                                   ☑ Yes   ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

Our family sends us $1000 per month since Jimmy Tate ~~permanently~~ is out of work due to a injury to his spine. Jaleceya Tate is his caretaker. We expect to continue to recieve $1,000 per month from our family. All of our businesses we used to recieve payment from is closed due to actions of retaliation.

17. Grady Memorial Hospital
18. Hope for Tomorrow Deliverance Center Inc.
19. The Harvest Tabernacle Church
20. Dekalb County School District
21. Pathway Forward Men's Ministry Inc.

(continued defendants list)

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 460 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

We own a 2012 GMC Terrain

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

We pay $3656 monthly for Rent.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

T.T. - Parent
K.T. - Parent     Of their support, I contribute 100%.
J.T - Parent
S.T - Parent

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

We have a financial obligation to pay rent. The total amount is $3,656. We make payments to Kalaeloa Rental Home

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 10-28-24

_____
*Applicant's signature*

_____
*Printed name*