# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**LUCY H. CARRILLO**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

October 30, 2024

Jimmy Tate
Jaleceya Tate
1001 Kamokila Blvd, Suite 115
Kapolei, HI 96707

    Re: Jimmy Tate, et al. v. Calvin McCoy, Jr., et al.
    USDC HI Case No. CV 24-00465 DKW-RT

Dear Plaintiffs,

    Please be advised that your Application to Proceed In Forma Pauperis has been GRANTED. Pursuant to the "Order (1) Granting Application to Proceed in District Court Without Prepaying Fees or Costs; and (2) Directing Service of the Complaint", ECF No. 9, filed on October 30, 2024, enclosed, please find the following:

    **For each of the twenty-one (21) named Defendants**: one copy of the Complaint, Dkt. No. 1; one summons; one USM-285 form; one Notice of Lawsuit and Request for Waiver of Service of Summons form (AO 398); two (2) Waiver of Service of Summons forms (AO 399); an instruction sheet; and a copy of the October 30th order (ECF No. 9).

    Please mail the completed forms (for each named defendant), to the U.S. Marshals Service at Prince Jonah Kuhio Kalanianaole Federal Building and United States Courthouse, 300 Ala Moana Blvd, Room 2800, P.O. Box 50184, Honolulu, HI 96850.

Sincerely Yours,

Lucy H. Carrillo, CLERK

By: /s/ EA, Deputy Clerk

encl.