# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:24-CV-00465-DKW-RT |
| CASE NAME: | Jimmy Tate, et al., vs. Calvin McCoy Jr., et al., |
| ATTY FOR PLTF: | Jimmy Tate (*Pro Se*)(*No Appearance*) |
| | Jalecya Tate (*Pro Se*)(*No Appearance*) |
| ATTY FOR DEFT: | No Appearance |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | ZOOM |
| DATE: | 5/7/2025 | TIME: | 8:50 AM – 8:54 AM |

COURT ACTION: EP:   RULE 16 SCHEDULING CONFERENCE not held on 5/7/2025.

Pro se Plaintiffs Jimmy Tate and Jaleceya Tate ("Plaintiffs") failed to call to participate in today's conference. As to Plaintiff Jimmy Tate, the Court notes that correspondence to his address of record has been returned as "undeliverable" on at least three (3) occasions. ECF Nos. 15, 18, & 20. Notably, both Plaintiffs report same mailing address. As to Plaintiff Jaleceya Tate, the record reflects that she has consented to receive documents and notices by email. ECF No. 3.

To date, the docket fails to reflect service on any of the defendants. With the Complaint having been filed on 10/28/2024, over six (6) months have elapsed and yet Plaintiffs have not effected service. The deadline to serve defendants expired on or about 1/26/2025. Fed. R. Civ. P. 4(m).

Accordingly, the Court **ORDERS Plaintiffs to show cause why this case should not be dismissed** based upon their failure to effect <u>timely and proper service</u> of the *Complaint* on Defendants, failure to diligently prosecute this action, and failure to attend court proceedings. Plaintiffs shall file a **written response** (5 pages or less) to this ORDER TO SHOW CAUSE by no later than 5/21/2025. Failure to file a timely response or one that fails to demonstrate good cause will result in a recommendation to dismiss this action without prejudice.

The Court **CONTINUES** the **Rule 16 Scheduling Conference** to **6/10/2025 at 9:30 a.m.** before Magistrate Judge Trader. Plaintiffs should be prepared to demonstrate cause why this case should not be dismissed. Failure to appear may constitute additional grounds supporting a recommendation for dismissal.

Parties and other participants must call in at least five (5) minutes prior to the scheduled start time of the conference. Call-in instructions are below:

Dial-in number:   1-833-568-8864 (toll-free).
Meeting ID:       161 5641 6035.

Court directs a copy of these minutes be mailed to Plaintiffs' address of record: **1001 Kamokila Blvd, Suite 115 Kapolei, HI 96707**

*Submitted by: Anjelica Barker, Courtroom Manager*