CC: DKW filer
w/ RT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Tate et al v. McCoy et al
Case No. 1:24-cv-00465-DKW-RT

PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 21 2025
at 10 o'clock and 52 min. A M
Lucy H. Carrillo, Clerk

May 17, 2025

To the Honorable Magistrate Judge Rom Trader:

We, Jimmy Tate and Jaleceya Tate, Plaintiffs proceeding pro se, respectfully submit this response to the Court's Order to Show Cause entered on May 7, 2025.

First and foremost, we sincerely apologize to the Court for our failure to appear at the Rule 16 Scheduling Conference and for not effecting timely service on the defendants. We hold the utmost respect for the Court and the judicial process, and regret any inconvenience our actions may have caused.

As pro se litigants, we have encountered significant challenges in effecting service of process on all defendants. We relied upon the U.S. Marshals Service to effect service pursuant to Federal Rule of Civil Procedure 4(c)(3), but unfortunately, service was not completed as intended, and we were unaware of these deficiencies until recently. Additionally, correspondence sent to Jimmy Tate was returned as undeliverable due to circumstances beyond our control. We are now updating our contact information and will ensure all future communications are received. Please note that Jimmy Tate's updated address is as follows: 439 Elliott Rd, McDonough, Ga 30252

We also wish to inform the Court that Jimmy Tate recently suffered a serious accident resulting in a broken spine and significant medical hardship, which further impacted our ability to diligently prosecute this action and communicate effectively with the Court. Despite these challenges, we remain committed to pursuing our claims.

We respectfully request that the Court not dismiss this action. Plaintiffs have prepared an improved amended complaint that more fully and accurately sets forth our claims and the parties involved, including additional causes of action that were previously omitted. We request leave to file this amended complaint and additional time to effect service on all defendants. Plaintiffs are prepared to promptly serve all defendants and to diligently prosecute this action in accordance with the Court's rules and deadlines.

We respectfully request the Court's understanding and an opportunity to move this case forward. We will appear at the rescheduled Rule 16 Scheduling Conference and will ensure all future deadlines are met.

Thank you for your consideration.

Respectfully submitted,

Jimmy Tate, Pro Se Plaintiff
Sharodtate07@gmail.com
(808) 551-3474

*/s/ Jimmy Tate*

Please note that Jimmy Tate's updated address is as follows
439 Elliott rd, McDonough, Ga 30252

Jaleceya Tate, Pro Se Plaintiff
Jaleceya@gmail.com
(808) 990-4639

*/s/ Jaleceya Tate*

2