Case 1:24-cv-00465-DKW-RT   Document 25   Filed 05/21/25   Page 1 of 10   PageID.420

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 21 2025
at 10 o'clock and 52 min. A M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PLAINTIFFS:<br>Jimmy Tate,<br>Jaleceya Tate et al.<br><br>Vs.<br><br>DEFENDANTS:<br>Calvin McCoy Jr.,<br>Donnis McCoy,<br>Henry Davies,<br>Kimberly Davies,<br>Kuyom Davenport,<br>Calvin McCoy Sr.,<br>Travis Jennings,<br>Flossie McCoy-Perry, et al. | Case No.:1:24-cv-00465-DKW-RT<br><br><br><br>First Amended Complaint |

**FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES**

## I. PRELIMINARY STATEMENT

Plaintiffs, acting pro se, Jimmy Tate and Jaleceya Tate, hereby file this Amended Complaint, which supersedes and replaces the original Complaint filed on October 28, 2024. Plaintiffs bring this action against Defendants for their roles in a vast, multi-state criminal enterprise involving fraud, racketeering, identity theft, and the systematic exploitation of Plaintiffs' personal, financial, and medical information. Defendants, under the guise of religious and community leadership, orchestrated and perpetuated a scheme that destroyed Plaintiffs' business, reputation, and emotional well-being. Plaintiffs seek full and fair relief for the egregious and ongoing harm suffered.

## II. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 (federal question), including claims under the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962, and supplemental jurisdiction over related state law claims under 28 U.S.C. § 1367.

2. Venue is proper in this District under 28 U.S.C. § 1391(b)(2) and (b)(3) because a substantial part of the events or omissions giving rise to the claims occurred in Honolulu County, Hawaii, and Defendants purposefully directed their conduct at this forum.

## III. PARTIES

A. Plaintiffs

Jimmy Tate and Jaleceya Tate, along with their four minor children, are residents of Honolulu County, Hawaii.

B. Defendants and individuals contributed by Aiding and Abetting

1. Calvin McCoy Jr. – Principal architect of the fraudulent enterprise, orchestrating the creation of shell companies, misappropriation of church donations, and PPP loan fraud.
2. Donnis McCoy – Supported and perpetuated fraudulent schemes, including manipulation of church congregants and facilitation of fraudulent loans.
3. Henry Davies – Participated in fraudulent PPP loan schemes, recruited vulnerable individuals, and engaged in acts of intimidation and violence.
4. Kimberly Davies – Facilitated fraudulent loans, managed finances for the enterprise, and contributed to retaliatory actions against Plaintiffs.
5. Kuyom Davenport – Unlawfully accessed confidential medical records, contributing to identity theft and emotional harm.
6. Calvin McCoy Sr. – Provided spiritual legitimacy and failed to oversee or intervene in the fraudulent activities.
7. Travis Jennings – Taught financial manipulation tactics and benefited from PPP loan fraud.
8. Flossie McCoy-Perry – Oversaw financial operations and failed to prevent or report fraudulent activities.
9. Church of God in Christ (COGIC) – Ordained and legitimized Calvin McCoy Jr. despite his criminal history.
10. Church of God in Jesus Christ (COGIJC) – Provided spiritual cover and failed to exercise oversight.
11. Breath of Life Fellowship – Facilitated ordination and failed to prevent financial misconduct.
12. Signature Contingent Management – Used as a front for money laundering and fraudulent financial activity.
13. Hope for Tomorrow Deliverance Center Inc. – Served as the epicenter of fraudulent activities.
14. The Harvest Tabernacle Church – Training ground for financial exploitation tactics.
15. Pathway Forward Men's Ministry Inc. – Continued the fraudulent activities under a new name.

C. Parties aiding and abetting Defendants

The following individuals contributed by facilitating, covering up, or actively participating in the creation of fraudulent shell companies, the misuse of Plaintiffs' identities, and the unauthorized disclosure of sensitive information for personal gain: Ambreka Calhoun, Carlos Hackworth, Garnie Perkins, Kerry Robertson, Kendall Wyatt, Leandre Dabney, Essie Dabney, Tonisha Locus-Footman, Crystal Smith, Church of God in Christ (COGIC), Church of God in Jesus Christ (COGIJC), Breath of Life Fellowship, Signature Contingent Management, Hope for Tomorrow Deliverance Center Inc., The Harvest Tabernacle Church, and Pathway Forward Men's Ministry Inc.

## IV. FACTUAL ALLEGATIONS

1. For nearly two decades, Plaintiffs were members of Hope for Tomorrow Deliverance Center, led by Defendant Calvin McCoy Jr. Plaintiffs contributed over $30,000 in donations, believing these funds supported charitable initiatives.
2. Defendants, acting in concert, created over 1,000 fraudulent shell companies using Plaintiffs' and their children's identities, securing millions in fraudulent PPP loans and misappropriating church donations.
3. Defendants unlawfully accessed and exploited Plaintiffs' sensitive personal and medical information, including Plaintiff Jaleceya Tate's confidential Sexual Assault Kit, to further their fraudulent schemes and inflict emotional harm.
4. Defendants engaged in a campaign of intimidation, including physical assault, legal harassment, and public defamation, to silence Plaintiffs and prevent exposure of their criminal enterprise.
5. Plaintiffs' real estate business was destroyed, and they suffered severe financial loss, reputational harm, and ongoing emotional trauma as a direct result of Defendants' actions.
6. Other Defendants, including Ambreka Calhoun, Carlos Hackworth, Garnie Perkins, Kerry Robertson, Kendall Wyatt, Leandre Dabney, Essie Dabney, Tonisha Locus-Footman, Crystal Smith, Church of God in Christ (COGIC), Church of God in Jesus Christ (COGIJC), Breath of Life Fellowship, Signature Contingent Management, Hope for Tomorrow Deliverance Center Inc., The Harvest Tabernacle Church, and Pathway Forward Men's Ministry Inc., facilitated, covered up, or actively participated in the fraudulent activities, including the creation of shell companies, misuse of identities, and unauthorized disclosure of sensitive information.

## V. CAUSES OF ACTION

**COUNT I:** FRAUD (Fraudulent Misrepresentation)

Elements: False statement, knowledge of falsity, intent to induce reliance, justifiable reliance, damages.

Key Authority: TSA Int'l Ltd. v. Shimizu Corp., 92 Haw. 243, 990 P.2d 713 (1999).

Summary of Facts: Defendants (Calvin McCoy Jr., et al.) knowingly made false statements about church operations and use of donations. Plaintiffs relied on these lies, resulting in financial loss and emotional harm.

**COUNT II:** RACKETEERING (RICO Violations, 18 U.S.C. §§ 1961–1968; HRS § 842-2)

Elements: Conduct of enterprise through pattern of racketeering activity.

Key Authority: 18 U.S.C. § 1962(c); HRS § 842-2; Sedima, S.P.R.L. v. Imrex Co., 473 U.S. 479 (1985).

Summary of Facts: Defendants operated a criminal enterprise (Hope for Tomorrow, et al.) engaging in mail fraud, wire fraud, and money laundering. Plaintiffs, as whistleblowers, faced intimidation and retaliation, causing financial and emotional injuries.

**COUNT III:** INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED)

Elements: Extreme and outrageous conduct, intent/recklessness, causation, severe emotional distress.

Key Authority: Hac v. Univ. of Hawai'i, 102 Haw. 92, 73 P.3d 46 (2003).

Summary of Facts: Defendants exploited Plaintiffs' confidential information and used threats/harassment to silence them after they exposed the fraud. This caused Plaintiffs severe emotional distress, anxiety, and need for psychiatric care.

**COUNT IV:** BREACH OF FIDUCIARY DUTY

Elements: Existence of duty, breach of duty, damages.

Key Authority: HRS § 414D-149; Vidinha v. Miyaki, 112 Haw. 336, 145 P.3d 879 (App. 2006).

Summary of Facts: Defendants in leadership positions at Hope for Tomorrow owed Plaintiffs a fiduciary duty. They breached this duty by mismanaging funds and prioritizing personal gain, causing Plaintiffs financial losses.

**COUNT V:** NEGLIGENCE

Elements: Duty of care, breach of duty, causation, damages.

Key Authority: HRS § 663-1; Doe Parents No. 1 v. State, Dep't of Educ., 100 Haw. 34, 97 P.3d 970 (2004).

Summary of Facts: Defendants owed Plaintiffs a duty of care to manage church affairs responsibly. They breached this duty through mismanagement and fraudulent schemes, causing Plaintiffs financial and emotional harm.

**COUNT VI:** RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT (RICO)

(a) 18 U.S.C. § 1962(c) – Substantive RICO

Elements: Conduct of enterprise through a pattern of racketeering activity.

Key Authority: 18 U.S.C. § 1962(c); Sedima, S.P.R.L. v. Imrex Co., 473 U.S. 479 (1985).

Summary of Facts: Defendants operated a criminal enterprise (Hope for Tomorrow, et al.) engaging in mail fraud, wire fraud, and money laundering.

(b) 18 U.S.C. § 1962(d) – RICO Conspiracy

Elements: Agreement to violate 18 U.S.C. § 1962(c).

Key Authority: 18 U.S.C. § 1962(d); Salinas v. United States, 522 U.S. 52 (1997).

Summary of Facts: Defendants conspired to conduct the affairs of the enterprise through a pattern of racketeering activity.

(c) Hawaii RICO – HRS § 842-2 & § 842-3

Elements: Conduct of enterprise through pattern of racketeering activity under Hawaii law.

Key Authority: HRS § 842-2 & § 842-3.

Summary of Facts: Defendants engaged in racketeering activity as defined by Hawaii law, causing harm to Plaintiffs.

**COUNT VII:** BREACH OF FIDUCIARY DUTY

Elements: Existence of duty, breach of duty, damages.

Key Authority: HRS § 414D-149; Vidinha v. Miyaki, 112 Haw. 336, 145 P.3d 879 (App. 2006).

Summary of Facts: Defendants in leadership positions at Hope for Tomorrow owed Plaintiffs a fiduciary duty. They breached this duty by mismanaging funds and prioritizing personal gain, causing Plaintiffs' financial losses.

**COUNT VIII:** IDENTITY THEFT / MISAPPROPRIATION OF PERSONAL DATA

(a) HRS § 663E-2 – Civil Identity Theft

Elements: Unauthorized use of personal information for unlawful purpose.

Key Authority: HRS § 663E-2.

Summary of Facts: Defendants unlawfully used Plaintiffs' personal information to create shell companies and obtain fraudulent loans.

(b) 18 U.S.C. § 1028 & § 1030 – Identity Theft and Computer Fraud

Elements: Knowingly transferring, possessing, or using means of identification of another person with the intent to commit unlawful activity.

Key Authority: 18 U.S.C. § 1028 & § 1030.

Summary of Facts: Defendants knowingly used Plaintiffs' identities to commit fraud and access computer systems unlawfully.

(c) Common Law Appropriation of Name or Likeness

Elements: Appropriation of name or likeness for commercial benefit.

Key Authority: Eastwood v. Superior Court, 149 Cal.App.3d 409 (1983).

Summary of Facts: Defendants used Plaintiffs' names and identities for commercial gain without consent.

**COUNT IX:** UNJUST ENRICHMENT

Elements: Benefit conferred upon defendant, defendant's appreciation of benefit, and defendant's acceptance and retention of benefit under circumstances that it would be inequitable to retain benefit without paying for it.

Key Authority: Porter v. Hu, 116 Haw. 42, 169 P.3d 994 (App. 2007).

Summary of Facts: Defendants unjustly enriched themselves through fraudulent schemes at Plaintiffs' expense.

**COUNT X:** CONVERSION

Elements: Wrongful exercise of dominion or control over property of another.

Key Authority: TSA Int'l Ltd. v. Shimizu Corp., 92 Haw. 243, 990 P.2d 713 (1999).

Summary of Facts: Defendants wrongfully took control of Plaintiffs' donations and used them for personal gain.

**COUNT XI:** ACCOUNTING

Elements: Fiduciary relationship or complex transactions, inadequacy of legal remedy.

Key Authority: Honolulu Rapid Transit Co. v. Hawaiian Tramways Co., 13 Haw. 363 (1901).

Summary of Facts: Defendants, as fiduciaries, engaged in complex financial transactions, making an accounting necessary to determine the full extent of the fraud.

**COUNT XII:** CONSTRUCTIVE TRUST

Elements: Wrongful acquisition of property, unjust enrichment.

Key Authority: Kau v. City Mill Co., Ltd., 56 Haw. 11, 525 P.2d 1109 (1974).

Summary of Facts: Defendants wrongfully acquired property through fraud, justifying the imposition of a constructive trust for Plaintiffs' benefit.

**COUNT XIII:** AIDING AND ABETTING

Elements: Knowledge of wrongful conduct, substantial assistance.

Key Authority: Weinberg v. Mauch, 78 Haw. 40, 890 P.2d 277 (1995).

Summary of Facts: Some Defendants knowingly assisted others in committing fraud and breaching fiduciary duties.

**COUNT XIV:** FALSE CLAIMS ACT VIOLATIONS (31 U.S.C. § 3729 et seq.)

Elements: Knowingly submitting false claim to government for payment.

Key Authority: 31 U.S.C. § 3729 et seq.

Summary of Facts: Defendants submitted false claims for PPP loans, causing financial harm.

**COUNT XV:** FAIR CREDIT REPORTING ACT (FCRA) VIOLATIONS (15 U.S.C. § 1681 et seq.)

Elements: Willful or negligent failure to comply with FCRA requirements.

Key Authority: 15 U.S.C. § 1681 et seq.

Summary of Facts: Defendants misused Plaintiffs' credit information, violating the FCRA.

**COUNT XVI:** ELECTRONIC COMMUNICATIONS PRIVACY ACT (ECPA) VIOLATIONS (18 U.S.C. § 2510 et seq.)

Elements: Intentional interception, use, or disclosure of electronic communications.

Key Authority: 18 U.S.C. § 2510 et seq.

Summary of Facts: Defendants unlawfully accessed Plaintiffs' electronic communications.

**COUNT XVII:** UNDUE INFLUENCE

Elements: Susceptible party, opportunity to exert influence, disposition to exert influence, result showing influence.

Key Authority: In re Estate of Herbert, 75 Haw. 207, 857 P.2d 602 (1993).

Summary of Facts: Defendants used their positions of authority to unduly influence Plaintiffs' financial decisions.

**COUNT XVIII:** COERCION

Elements: Use of threats or pressure to obtain signature or agreement.

Key Authority: Restatement (Second) of Contracts § 175.

**Summary of Facts:** Defendants used threats or pressure to force Plaintiffs into signing agreements against their will.

**VI. PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request that this Court grant the following relief:

**A. Damages:**

1. Compensatory Damages: Award compensatory damages in an amount sufficient to fully compensate Plaintiffs for their economic losses, emotional distress, reputational harm, medical expenses, and other damages proximately caused by Defendants' conduct.

2. Treble Damages (RICO): Award treble damages under 18 U.S.C. § 1964(c) and HRS § 842-7, for violations of the Racketeer Influenced and Corrupt Organizations Act (RICO), to the maximum extent permitted by law.

3. Punitive and Exemplary Damages: Award punitive and exemplary damages in an amount sufficient to punish Defendants for their malicious, oppressive, and fraudulent conduct, and to deter similar conduct in the future, as permitted by law.

4. Statutory Damages: Award statutory damages as provided by applicable statutes, including but not limited to:
    - Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq.
    - Electronic Communications Privacy Act (ECPA), 18 U.S.C. § 2510 et seq.
    - Hawaii Revised Statutes (HRS) § 663E-1 et seq. (Civil Identity Theft)
    - Hawaii Revised Statutes (HRS) § 487N-1 et seq. (Data Breach Notification)

5. Restitution: Order Defendants to make full restitution to Plaintiffs for all funds, assets, and property misappropriated, converted, or otherwise wrongfully obtained as a result of Defendants' fraudulent and unlawful activities.

**B. Equitable Relief:**

1. Constructive Trust and Sale of Property:

    - Impose a constructive trust on the building located at 2459 Candler Rd, Decatur, GA 30032, currently owned by Defendant Calvin McCoy, and on any other properties or assets acquired by *any* Defendant through fraudulent or unlawful means, for the benefit of Plaintiffs and other victims of Defendant's fraudulent schemes.
    - Order *any* Defendant who owns property or assets acquired through fraudulent or unlawful means to sell such property or assets at fair market value, under the supervision of the Court or a court-appointed receiver.
    - Direct that the proceeds from the sale of *any* such property or assets, after deducting reasonable expenses of sale, be distributed to Plaintiffs and other victims of Defendant's fraudulent schemes, in a manner to be determined by the Court.
    - Order Defendants to disclose all other properties, assets, and accounts acquired through fraudulent or unlawful means, so that the Court may determine whether a constructive trust should be imposed on those assets as well.

2. Permanent Injunction: Issue a permanent injunction enjoining Defendants and all persons acting in concert with them from:

    - Further misuse of Plaintiffs' personal data, medical information, and financial information.
    - Engaging in fraudulent schemes, racketeering activity, and other unlawful conduct.
    - Harassing, intimidating, or threatening Plaintiffs or their family members.
    - Disclosing or disseminating any confidential or private information about Plaintiffs.

3. Accounting: Order Defendants to provide a full and complete accounting of all funds, assets, and property received, disbursed, or transferred as a result of the fraudulent schemes and unlawful activities alleged in this Complaint.

**C. Other Relief:**

1. Attorneys' Fees and Costs: Award Plaintiffs their reasonable attorneys' fees and costs incurred in pursuing this action, as provided by applicable statutes and common law.
2. Prejudgment and Post-Judgment Interest: Award prejudgment and post-judgment interest on all damages awarded, as permitted by law.
3. Further Relief: Grant such other and further relief as the Court deems just, equitable, and proper.

**VII. DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand a trial by jury on all issues so triable.

## VIII. VERIFICATION

We, the undersigned, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of our knowledge and belief.

Jimmy Tate, Plaintiff
Sharodtate07@gmail.com
(808) 551-3474

432 Elliot Rd, McDonough, Ga 30252

Jaleceya Tate, Plaintiff
Jaleceya@gmail.com
(808) 990-4639

Date: 5-21-25

10