IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JIMMY TATE and JALECEYA TATE, | ) ) ) | CV 24-000465 DKW-RT |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CALVIN MCCOY, JR., et al. , | ) ) | |
| Defendants. | ) ) ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on April 01, 2026  and

served on all parties on April 03, 2026, and no objections having been filed by any

party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

Recommendation to Dismiss this Action Without Prejudice", ECF No.  65,  are

adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  April 23, 2026 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
_____
Derrick K. Watson
Chief United States District Judge